# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **JAMES BECKLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 3:21-cv-0072-RJC-DSC** |
| | ) |
| **PRIORITY AUTO GROUP, INC.** | ) |
| | ) |
| **PRIORITY AUTOMOTIVE** | ) |
| **HUNTERSVILLE, INC.,** | ) |
| | ) |
| **DENNIS ELLMER, and** | ) |
| | ) |
| **MATTHEW ELLMER** | ) |
| | ) |
| **Defendants.** | ) |

## DECLARATION OF STACY CUMMINGS IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TRANSFER VENUE

I, Stacy Cummings, declare as follows:

1. I am over 18 years of age, suffer no legal disability and have personal knowledge of the facts stated herein.

2. I am a resident of Virginia Beach, Virginia.

3. My office is in Chesapeake, Virginia.

4. I live and work in Virginia.

5. I personally do not engage in any business in North Carolina. I do not have any property in North Carolina. I do not have any offices or bank accounts in North Carolina.

6. I am the Vice President and Treasurer of Defendant Priority Auto Group, Inc. ("PAG"). PAG is a Virginia corporation with its principal place of business in Chesapeake, Virginia. PAG provides legal, financial, accounting and payroll services to individual dealerships.

{2823165-2, 120373-00036-01}

PAG is comprised of the General Counsel's Office, Human Resources, Payroll and Accounting Comptrollers all of which operate exclusively out of Chesapeake and Suffolk, Virginia.

7. PAG does not engage in any business in North Carolina. PAG does not have any property in North Carolina. PAG does not have any offices or bank accounts in North Carolina. PAG does not have any employees, operations or facilities in North Carolina. PAG has never operated or managed an automotive dealership in North Carolina, or any other state.

8. PAG does not control, establish or approve the terms and conditions for recruiting, onboarding, compensating, disciplining, or terminating employees who work at any Priority affiliated dealership. Each Priority affiliated dealership is an independently owned and operated entity with officers and directors who oversee such duties for each dealership.

9. I also am the Vice President and Treasurer of Defendant Priority Automotive Huntersville, Inc. d/b/a/ Priority Honda Huntersville ("PAH"). PAH is a Virginia corporation with its principal place of business in Chesapeake, Virginia. PAH operated a Honda dealership in Huntersville, North Carolina that was sold to MileOne AutoGroup ("MileOne") on October 11, 2020. PAH no longer engages in any business in North Carolina.

10. Plaintiff James Beckley ("Beckley") formerly was employed by PAH as General Manager of the Honda dealership in Huntersville, North Carolina.

### All Acts and Omissions Giving Rise to this Action
### Occurred in Virginia and Involved PAH Only

11. I have reviewed Beckley's First Amended Complaint. All of the alleged acts and omissions giving rise to this action occurred in Virginia. PAH interviewed, offered and hired Beckley in Virginia. The terms and conditions of Beckley's employment with PAH were negotiated, offered and accepted in Virginia.

12.     As Beckley acknowledges in Paragraphs 59-60 of his First Amended Complaint, Beckley traveled to Virginia for his job interview on July 8-9, 2019, and PAH offered and hired him in Virginia. Beckley accepted the job offer and PAH hired him in Virginia on July 10, 2019. Beckley began his employment with PAH on July 19, 2019.

13.     Beckley's purported claims do not arise out of or relate to any conduct by PAG in North Carolina.

14.     PAG was not involved in any of the alleged acts and omissions giving rise to this action. Beckley was never an employee of PAG. PAG was not involved in PAH's interviewing, offering or hiring of Beckley. PAG was not involved in the negotiating, offering or acceptance of the terms and conditions of Beckley's employment with PAH. All of these events occurred in Virginia and PAG had no involvement in any of them.

## Beckley Misrepresents Irrelevant Activities in North Carolina

15.     In Paragraphs 7-11 of his First Amended Complaint, Beckley identifies various business activities in North Carolina in which he claims PAG engages.

16.     Beckley's allegations are false and regardless the alleged activities are inconsequential and are not the basis for any of his purported claims.

17.     Beckley's allegations in Paragraph 7 of his First Amended Complaint regarding a "Used Vehicle System" ("UVS") are false. PAG does not use or control a UVS. The UVS to which Beckley refers does not exist in PAG or PAH at all. The dealerships are individual separate corporations, with different ownership structures, affiliated with the Priority brand. Each dealership is an independently owned and operated entity. Further, PAG has never transported used vehicles under Beckley's alleged UVS, much less done so "on a regular and recurring basis" as Beckley falsely claims because the program Beckley attempts to identify does not exist. Each dealership arranges for itself the transportation of vehicles, based on individual customer and

dealership needs between the dealerships. Dealerships who wish to sell a used or new vehicle located at another dealership purchase that vehicle from the other location prior to reselling the used or new vehicle to the end-customer at their dealership. PAG is not involved in that process at any level.

18.     Beckley's allegations in Paragraphs 7-8 of his First Amended Complaint regarding Maryland and North Carolina dealerships are likewise false. There are no Priority affiliated dealerships outside of Virginia. The only Priority affiliated dealership that ever operated outside of Virginia was PAH before it was sold. Beckley's claims that there are, or ever were, any Priority affiliated dealerships in Maryland are false. Beckley's claims that there are, or ever were, any Priority affiliated dealerships in North Carolina aside from PAH are false.

19.     Beckley's allegations in Paragraph 8 of his First Amended Complaint regarding PAG's operation of a website are also false. While PAG operates a website, if a customer wants to purchase a car from a Priority affiliated dealership, the customer is required to purchase the vehicle from that dealership. As mentioned above, in some cases, one Priority affiliated dealership may purchase a vehicle from another Priority affiliated dealership in order to serve a customer locally, but PAG neither facilitates nor is involved in such transactions. As discussed above, PAG has never transported any "vehicle to Priority Huntersville for purchase and pickup" as Beckley falsely claims. Moreover, PAG does not control the financing terms of vehicle sales negotiated by a Priority affiliated dealership's employees or staff and Beckley's claims as such are false.

20.     Beckley's allegations in Paragraph 9 of his First Amended Complaint regarding PAG's advertising and promotional activities are also false. All incentives advertised to PAH's North Carolina customers were by and through PAH, not PAG. The oil changes, engine guarantees, parts, service and state inspections for North Carolina customers were provided by

PAH — an independently owned and operated entity that ran the dealership where such service was provided.

21. Beckley's allegations in Paragraphs 10-11 of his First Amended Complaint regarding PAG's employees travel to North Carolina and visits to PAH are also false. While PAG employees on rare and infrequent occasions traveled to North Carolina and visited PAH in order to provide the support services described above in Paragraph 6, the vast majority of these services were provided remotely at PAG's office in Chesapeake, Virginia. Any such visits were rare and infrequent in nature, and never "on a regular and recurring basis" as Beckley falsely claims.

22. Beckley's allegation in Paragraphs 10 of his First Amended Complaint that PAG "acted as joint or single employer with PAH" is entirely fabricated and has no basis in law or fact. PAG and PAH are independently owned and operated entities. PAG has its own employees and has never employed Beckley or any other employee of PAH.

23. Any trips to North Carolina by Matthew Ellmer or Dennis Ellmer were in their capacity as officers of PAH. They were not in their personal capacities or their capacities as officers of PAG.

## The Purported "Pay Plan" Refutes any Claim against PAG, Matthew or Dennis Ellmer

24. The purported "Pay Plan" or "compensation agreement" that Beckley discusses in Paragraphs 64 and 80-82 and attached as Exhibit 1 to his First Amended Complaint is a purported contract between PAH and Beckley. PAG, Dennis Ellmer and Matthew Ellmer are not parties to this purported contract.

25. This purported contract on its face confirms that Beckley has no claims against PAG, Dennis Ellmer or Matthew Ellmer. It is entitled "Priority Automotive Huntersville, Inc. General Manager Compensation Plan" it only has signature blocks for PAH and Beckley, and it confirms Beckley's status as an employee and "General Manager Priority Automotive

Huntersville, Inc." Contrary to his allegations in Paragraphs 80-82 of the First Amended Complaint, Beckley has no claims for failure to pay amounts allegedly owed or guaranteed under this purported contract (whether characterized as violation of NCWHA, breach of contract, fraudulent inducement and misrepresentation, negligent misrepresentation or otherwise) and regardless any such claims would not be against PAG, Dennis Ellmer or Matt Ellmer.

## PAH Paid Beckley From Virginia and He is Owed Nothing Else Under the "Pay Plan"

26.     As PAH's verified employee payroll records attached hereto as **Exhibit 1** confirm, PAH paid Beckley from Virginia for his services as General Manager of PAH.

27.     Because Beckley's compensation was properly reduced along with all other PAH employees effective for the months of May and April 2020 due to the COVID-19 global pandemic, Beckley is not entitled to any additional payments under the purported "Pay Plan" or otherwise.

28.     I do not understand how or why Beckley could object to, much less sue for, a moderate compensation reduction due to unprecedented challenges associated with the pandemic, particularly when he personally implemented comparable reductions for his subordinates. Apparently Beckley believes surviving the pandemic necessitated their reductions, just not his.

29.     In any event, even if Beckley could theoretically have a claim against PAH (for which I see no basis), Beckley still would not be entitled to any additional payments under the "Pay Plan" because he already has received Compensation and Commission in the total amount of $643,160.29 for July 2019 through July 2020 (See **Exhibit 1**) which exceeds the "One Year Guarantee: A minimum compensation of $40,000 Per month" totaling $480,000.

30.     Beckley already has been overpaid more than the Guarantee under the "Pay Plan" even accepting his erroneous assertion that PAH is prohibited from implementing a pandemic necessitated compensation reduction to which he subjected his own subordinates.

31.  Beckley's First Amended Complaint inexplicably make no mention of his receipt of more than the Guarantee under the "Pay Plan." It is highly disappointing to see Beckley pursue this lawsuit seeking additional payments to which he is not entitled even under his own theory.

### PAG Does Not Have Any Relevant North Carolina Contacts

32.  In sum, Beckley's purported claims do not arise out of or relate to any conduct by PAG in North Carolina (or elsewhere).

33.  Beckley fails to identify a single event in North Carolina in which PAG participated.

34.  Irrespective of whether Beckley has any meaningful contacts with North Carolina, PAG does not have any such contacts with North Carolina.

I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:  April 2, 2021

Stacy Cummings

# Pay Summaries - Rollup Totals

**Name  Beckley, James Emil**

| | YEAR & WEEK | PAY DATE | PERIOD END DATE | GROSS | NET | CHECK / VOUCHER # | CO / FILE # |
|---|---|---|---|---|---|---|---|
| | 2020 - 31 - 1 | 07/31/2020 | 07/31/2020 | $5,129.17 | $0.00 | 00310001 | 5SC/090204 |
| | 2020 - 29 - 1 | 07/15/2020 | 07/15/2020 | $10,000.00 | $7,022.25 | 14786573 | 5SC/090204 |
| | 2020 - 29 - 1 | 07/15/2020 | 07/15/2020 | $15,129.17 | $9,874.51 | 14786572 | 5SC/090204 |
| | 2020 - 26 - 1 | 06/30/2020 | 06/30/2020 | $15,129.17 | $0.00 | 00260001 | 5SC/090204 |
| | 2020 - 24 - 1 | 06/15/2020 | 06/15/2020 | $15,129.17 | $0.00 | 00240001 | 5SC/090204 |
| | 2020 - 22 - 1 | 05/29/2020 | 05/31/2020 | $15,129.17 | $0.00 | 00220001 | 5SC/090204 |
| | 2020 - 20 - 1 | 05/15/2020 | 05/15/2020 | $15,129.17 | $0.00 | 00200001 | 5SC/090204 |
| | 2020 - 18 - 1 | 04/30/2020 | 04/30/2020 | $15,129.17 | $0.00 | 00180001 | 5SC/090204 |
| | 2020 - 18 - 1 | 04/30/2020 | 04/30/2020 | $6,000.00 | $0.00 | 00000000 | 5SC/090204 |
| | 2020 - 16 - 1 | 04/15/2020 | 04/15/2020 | $15,360.00 | $0.00 | 00160001 | 5SC/090204 |
| | 2020 - 13 - 1 | 03/31/2020 | 03/31/2020 | $17,700.00 | $0.00 | 00130001 | 5SC/090204 |
| | 2020 - 11 - 1 | 03/13/2020 | 03/15/2020 | $20,000.00 | $0.00 | 00110001 | 5SC/090204 |
| | 2020 - 09 - 1 | 02/28/2020 | 02/29/2020 | $20,000.00 | $0.00 | 00090001 | 5SC/090204 |
| | 2020 - 07 - 1 | 02/14/2020 | 02/15/2020 | $20,000.00 | $0.00 | 00000000 | 5SC/090204 |
| | 2020 - 05 - 1 | 01/31/2020 | 01/31/2020 | $20,000.00 | $0.00 | 00000000 | 5SC/090204 |
| | 2020 - 05 - 1 | 01/31/2020 | 01/31/2020 | $6,396.10 | $0.00 | 00000000 | 5SC/090204 |
| | 2020 - 03 - 1 | 01/15/2020 | 01/15/2020 | $20,000.00 | $0.00 | 00030001 | 5SC/090204 |
| | 2019 - 52 - 1 | 12/31/2019 | 12/31/2019 | $20,000.00 | $0.00 | 00520001 | 5SC/090204 |
| | 2019 - 50 - 1 | 12/13/2019 | 12/15/2019 | $20,000.00 | $0.00 | 00500001 | 5SC/090204 |
| | 2019 - 48 - 1 | 11/29/2019 | 11/30/2019 | $20,000.00 | $0.00 | 00480001 | 5SC/090204 |
| | 2019 - 46 - 1 | 11/15/2019 | 11/15/2019 | $20,000.00 | $0.00 | 00460001 | 5SC/090204 |
| | 2019 - 46 - 1 | 11/15/2019 | 11/15/2019 | $50,000.00 | $0.00 | 00000000 | 5SC/090204 |
| | 2019 - 44 - 1 | 10/31/2019 | 10/31/2019 | $20,000.00 | $0.00 | 00440001 | 5SC/090204 |
| | 2019 - 41 - 1 | 10/15/2019 | 10/15/2019 | $25,000.00 | $0.00 | 00410002 | 5SC/090204 |
| | 2019 - 41 - 1 | 10/15/2019 | 10/15/2019 | $20,000.00 | $0.00 | 00410001 | 5SC/090204 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 🏛 | 2019 - 39 - 1 | 09/30/2019 | 09/30/2019 | $20,000.00 | $0.00 | 00390001 | 5SC/090204 |
| 🏛 | 2019 - 37 - 1 | 09/13/2019 | 09/15/2019 | $20,000.00 | $0.00 | 00370001 | 5SC/090204 |
| 🗐 | 2019 - 37 - 1 | 09/13/2019 | 09/15/2019 | $75,000.00 | $0.00 | 00000000 | 5SC/090204 |
| 🏛 | 2019 - 35 - 1 | 08/30/2019 | 08/31/2019 | $20,000.00 | $0.00 | 00350001 | 5SC/090204 |
| 🗐 | 2019 - 35 - 1 | 08/30/2019 | 08/31/2019 | $25,000.00 | $0.00 | 00000000 | 5SC/090204 |
| 🏛 | 2019 - 33 - 1 | 08/15/2019 | 08/15/2019 | $20,000.00 | $0.00 | 00330001 | 5SC/090204 |
| 🗐 | 2019 - 31 - 1 | 07/31/2019 | 07/31/2019 | $8,400.00 | $6,018.83 | 14701668 | 5SC/090204 |
| 🗐 | 2019 - 31 - 1 | 07/31/2019 | 07/31/2019 | $8,400.00 | $0.00 | 00000000 | 5SC/090204 |

Earnings Summary

| | |
|---|---|
| Gross Pay | $ 643,160.29 |
| Regular | $ 444,500.00 |
| A/M SPIFF (field 3) | $ 360.00 |
| BONUS (field 3) | $ 37,396.10 |
| COMM (field 3) | $ 160,000.00 |
| PER USE DEMO (field 5) | $ 904.19 |
| Taxes | $ 207,875.98 |
| Federal Income Tax | $ 148,012.09 |
| Social Security | $ 16,777.20 |
| Medicare | $ 9,108.28 |
| Medicare Surtax | $ 2,053.41 |
| State Worked In: North Carolina          Code: NC | $ 31,925.00 |
| Deductions | $ 148,137.67 |
| 11 - Vision Pre-Tax | $ 156.80 |
| 30 - PreTax HSA | $ 6,000.00 |
| 71 - Tax Levy | $ 2,752.10 |
| A - ACCTS REC | $ 122,055.61 |
| B - MEDICAL FLEX | $ 1,350.00 |
| H - HEALTH PRETAX | $ 6,508.37 |
| K - 401K | $ 7,422.40 |
| P - PER USE OF DEMO | $ 904.19 |
| T - Dental Pretax | $ 988.20 |

Case 3:21-cv-00072-RJC-DSC   Document 19-1   Filed 04/05/21   Page 9 of 10    2/3

| | |
|---|---|
| Take Home | $ 287,146.64 |
| CHECKING 1 | $ 253,231.05 |
| CHECKING 2 | $ 11,000.00 |
| Net Pay | $ 22,915.59 |

Case 3:21-cv-00072-RJC-DSC   Document 19-1   Filed 04/05/21   Page 10 of 10