## Contact

www.linkedin.com/in/matthew-s-pennell-67760218 (LinkedIn)

## Top Skills

Vehicles
Sales
Microsoft Office

# Matthew S. Pennell

Digital Performance & Marketing Director at Priority Auto Group
Chesapeake

## Summary

Experienced Business Development Manager/eCommerce Director with a demonstrated history of successfully working in the automotive industry. Skilled in Processes, Accountability, Innovation with a high production level who tends to hold himself accountable at a very high level.  Excellent professional skills with a strong focus on people and relationships.
BA focused in Communications from University of North Carolina at Charlotte.

---

## Experience

**Priority Auto Group**
Digital Performance & Marketing Director
January 2020 - Present (1 year 4 months)
Chesapeake, VA

**Priority Automotive Inc.**
5 years

Director of Digital Operations and Training
March 2018 - January 2020 (1 year 11 months)
Chesapeake, Virginia

Business Development Manager (eCommerce Director)
February 2015 - January 2020 (5 years)
Virginia

Green and Growing Dealer Group Business Development Manager (eCommerce Director).
Establishing group wide measurement metrics.  Provide insights and training to act on data provided.  Creation of policy and procedures to establish cohesion inside the group without losing the individual store focus.  Digital advertising management at varied levels, based on store needs.
Increase of web traffic 75%, which came with an increase in leads.  We were able to raise internet portion of our overall business to 40%+ group wide with the top performers at close to 60%.  Great working relationship with most

major companies in the automotive space, this allowing mutually beneficial partnerships.  Also Head of Training Department, providing training to the sales and service departments at various levels on an ongoing basis.  Head of Photography department, allowing the group to internalize, lower group expense and increase control and quality.

## Scott Clark's Toyota
Internet Sales Director
October 2014 - January 2015 (4 months)
Charlotte, North Carolina Area

## Priority Honda Huntersville
Sales Manager - Business Development Manager
December 2011 - October 2014 (2 years 11 months)
Huntersville, North Carolina Area

Maximize profit through processes and procedures I put in place, monitored and adjusted

Concentration on consistently growing market share

Ethically maintain a high customer satisfaction level

Recruit, hire and maintain a superior staff

Train, in a group and 1 on 1 level, the staff to achieve the best results they could provide

Achieving all time bests in volume and profit with a concentration on continued growth

Advise and follow through marketing ideas, continuity and application for the best ROI

Maintain a high level of knowledge within the CRM, becoming a resource to all personnel

On site IT

Created and maintained a high performing Business Development center, achieving record breaking results in Internet closing ratio and database mining

## RK Motors Charlotte LLC
Sales Manager
August 2011 - December 2011 (5 months)
Charlotte, North Carolina Area

Supervise and coordinate all selling and selling activities of high end classic cars.

Dealt with high end customers (celebrities, captains of industry, etc) 95% internet based selling environment.

Developed a working knowledge of classic cars and the culture that surrounded them, as well as the process of restoring these classics and what set us apart as the biggest retailer of these automobiles in the US.
Selling sometimes $500,000 worth of car(s) per day all over the world.
Organizing paperwork (receipts, winnings, etc.) that went along with these cars and getting them from the dealer to the customer.
Coordinating the sale and the follow-up with said customers after the sale to ensure there happiness and positive reviews back to the dealer to ensure repeat and referral business.

## Carolina Volkswagen
Sales Manager
November 2010 - August 2011 (10 months)
Charlotte, NC

Managed the overall online presence of the dealership with regards to vehicles and visibility overall. This involved implementation of critical pieces like Autotrader as well as SEO and SEM management to double unique web visits to the dealerships site and increased sales over 130% year over year.
Achieved and surpassed sales goals in my department, monthly, quarterly and yearly
Hired, managed and trained sales staff for record setting achievements, both individually and collectively as a unit.
Cultivated and maintained many relationships inside the business and outside to help with the long term reputation and success of the business.
Successfully developed and trained on sales processes that resulted in top level achievements in sales and customer service. These sales processes were not limited to customers just visiting the dealer; they also involved database marketing, Internet sales processes and incoming phone processes.
Developed and modified the sourcing for the dealers traffic, which resulted in a higher advertising spend in the right area for a better return on investment.
Implemented the Internet Sales Process that resulted in as much as 50% of the stores overall business on a monthly basis.
Took the stores overall Customer Service Index from well below zone to a region leader during my tenure.
Ordered and managed all new car inventories to achieve a targeted turn rate.

## Keffer Volkswagen
General Sales Manager/Internet Manager
September 2003 - November 2010 (7 years 3 months)
Charlotte, North Carolina Area

# General Sales Manager duties included all of the responsibilities listed above as well as the following: Acting as Used Car Manager, appraising all trade-in's as well as acquiring other sought after pre-owned merchandise, reconditioning and marketing these units to best satisfy a quick turn rate and an acceptable gross profit margin.

# Completed training in numerous sales classes, courses included, but were not limited to Joe Verde, Grant Cardone, Ken Kingstad, Dave Anderson, etc.

# Managing all advertising choices and ROI

# Implemented and managed successfully all Social Media resources as well as working on website design along with SEO and SEM strategies that became a basis for the entire group.

# Under my leadership of the sales department we were able to set records year over year in both units and gross profit. I was also able to take the dealership to the top 5% of a 3 state area in total sales, net profit and customer satisfaction.

Nextel
Outside Sales
May 2003 - September 2003 (5 months)
Business to Business Sales for Nextel

———

## Education

University of North Carolina at Charlotte
BA, Communications · (2000 - 2003)

North Buncombe High