.ıll Verizon 📶      9:02 AM      ✈ 100% 🔋



Mathew Pennell >

iMessage
Fri, Jun 14, 9:57 AM

JB, it's Matthew Pennell, you have a few minutes to chat this morning?

Absolutely slammed at the moment but I will definitely text u back when I get free . Thanks for reaching out !

Yes sir
I understand
Talked to my owner this morning about you and Honda.

Tue, Jun 18, 2:35 PM

Man you are busy! Think you'll have time today to talk or should I just stop asking?

I can call u in 15 min that cool ?

Cool

iMessage

 Verizon      **9:02 AM**      100%



Mathew Pennell >

Thu, Jun 20, 9:02 AM

So...
want to chat this afternoon?
My owner is really excited at the
prospect of sitting down with you.

Thu, Jun 20, 2:01 PM

Hey brother sorry just got out of a
Vistage Group Meeting it's kinda
powerful session on all the key
ingredients to being a productive
leader .. headed to the store now
I'll text u later I'd ok

Fri, Jun 21, 2:45 PM

When do you want me to get the
owner to reach out to you?

I'm gonna call u tonight on my way
home if that's cool so we can chat
some more if that's ok ?



Good with me

 iMessage

  

      

 Verizon 🛜     9:02 AM     ⏱ 100% 🔋



Mathew Pennell ›

business partner , currently I've got ownership in a year , 6 months that being said / there's some talk that after I were to fix it are we driving a value up to sell ? Or is he interested in selling it or fixing it ..

We are interested in fixing it.  If we wanted to sell we would have already.  We are a successful dealer group who is growing and that store, fixed, provides a base to grow in that area.  It's too good an area to sell out of, you know that.  Dennis allows partners and he's more than fair when it comes to that stuff.  I want to respect him and not speak for him, but I believe he's open.

Perfect .. I just wanna make sure that we align as to what the journey would be .. lol no rush tell him if he could think of the most amazing GM and to what that might pay , one .. I was making In the 85k when building the honda store to 40, 50k after PP Change

    iMessage  

       

