Verizon

**10:16 PM**

 38%





Matt >

Are you here?

Tue, Jul 9, 7:20 PM

Thanks for the time today. Talked with my father just now and we are putting together an offer for you which I will send your way tomorrow. We are going to be aggressive...you will not be able to turn it down brother. We want you and we are coming after you. Tomorrow the proof will be in the pudding!

Thank u brother for everything!!!

Don't thank me yet. Just wait, you will be very happy tomorrow

Wednesday 2:51 PM

What email address should I shoot this to?

Priority Automotive Huntersville, Inc. General Manager Compensation Plan

  iMessage

   Pay

