## Philip Gibbons

**From:** JAMES BECKLEY <closerjb@gmail.com>
**Sent:** Monday, March 15, 2021 1:27 PM
**To:** Philip Gibbons
**Subject:** Fwd: JB Beckley Pay Plan
**Attachments:** JB Beckley Pay Plan.docx

Sent from my iPhone

Begin forwarded message:

> **From:** PTH-Matt Ellmer <matt.ellmer@priorityauto.com>
> **Date:** July 10, 2019 at 3:45:30 PM EDT
> **To:** closerjb@gmail.com
> **Subject: JB Beckley Pay Plan**
>
>
> Call me when you have read this please!!!
>
> Lets do this thing!!!

Case 3:21-cv-00072-RJC-DSC    Document 23-5    Filed 04/26/21    Page 1 of 2

**Priority Automotive Huntersville, Inc. General Manager Compensation Plan**

**Compensation**: $5,000 monthly salary (paid on the last day of every month)

**Commission**:   10% of "Net Profit Before Bonuses and Income Tax. (Line 70 page 2 of the Honda monthly dealer financial statement excluding dealership packs not included on the financial statement.) The commission is an annual calculation paid monthly. Any overpayments on a year to date basis will be subtracted from future monthly commission payments. (Paid on the 15th of the subsequent month)

Final settlement for any amounts outstanding or due to the company is to be made after the year-end audit conducted by the company's outside accounting firm. In the event of an audit or charge-back by Honda Motor America (HMA),which affects the yearly profit of the company will call for an additional settlement. For example, if $150,000 is paid during FYE 2014 as total commission and a HMA audit conducted in FYE 2015 results in a $10,000 charge-back to the company, $1,000 would be paid back to the company by the General Manager. In the event the audit results in $10,000 additional income to the company, the General Manager would be paid an additional $1,000.

**One Year Guarantee**: A minimum compensation of $40,000 Per month will be paid should this amount be greater than that due under the above.

**Monthly Bonuses** 1.   **Out Sell Honda of Hickory = $5,000** (will be paid for each month that the store outsells Hickory Honda in New Hondas—will stay in effect until 2021)
2.   **Out Sell Honda of Concord = $100,000** (out sell Honda of Concord in New Honda volume—this bonus will stay in effect until achieved—paid once)
3.   **Hit the Monthly New Car Honda Objective = $20,000** (this will be paid for each month that the store hits the objective number in 2019)
4.   **Achieve 20% Gross to Net for the month = $50,000** (paid once upon achievement)
5.   **Achieve 25% Gross to Net for the month = $50,000** (paid once upon achievement) Example: If the store achieves 25% gross to net prior to ever achieving 20%, then the bonus would pay out retroactively—meaning the bonus would be a one-time payment of $100,000 ($50,000 for achieving 20% and another $50,000 for achieving 25% in the same month)
6.   **Achieve $1100 net PVR in F&I for the month = $25,000** (paid once upon achievement)
7.   **125 Used Vehicles sold @ $1300 Average Front-End Gross = $25,000** (paid once upon achievement)

**\*\*_All bonuses will be paid out immediately upon completion of the monthly financial statement_**

**Annual Bonuses**:  **1. Achieve Presidents Award = $100,000**
**2. Achieve 22%+ gross to net for the year = $100,000**

Two Demonstrators
Gas for General Manager only

X_____ Date:_____      X_____ Date:_____
Matthew Ellmer                                                      James Beckley
Chief Operating Officer                                         General Manager
Priority Automotive Huntersville, Inc.                 Priority Automotive Huntersville, Inc.