

**ME**

**Matt** ›

Today 9:42 PM

We're not being sold out are we? Priority Honda

No why would u say that

Sent as Text Message

I've heard from very reliable sources that the store's for sale. Just lookin out for you. No disrespect at all towards you. If you're gittin yours, good! Just be aware, things change pretty quick.

– from Dave Mccallister

He gave me some hand on the face emoji when he found out I'm working at

Rumors right ?

Fri, Apr 3, 9:05 AM

Definitely rumors. Call you later my Brother

I figured as much big dog !!

iMessage

Case 3:21-cv-00072-RJC-DSC    Document 23-6    Filed 04/26/21    Page 1 of 1