# The Presidio Group Advises Priority Automotive Group on the Sale of Honda Dealership

*Transaction an important strategic asset management step*

**CHESAPEAKE, VA —October 12, 2020** — The Presidio Group LLC ("Presidio"), a leading investment bank specializing in retail automotive and related M&A transactions, exclusively advised Priority Automotive Group on the sale of Priority Honda Huntersville.

"We appreciate The Presidio Group's help in achieving our strategic goals," said Dennis Ellmer, CEO of Priority Automotive. "While Honda is a great franchise, we wanted to operate dealerships within a tighter geographic focus."

Priority Automotive Group has dealerships throughout Virginia. The Honda franchise is located near Charlotte, NC. Its sale is part of an ongoing portfolio management strategy to focus on core assets in a specific geographic area.

"We were pleased to be able to assist Priority Automotive Group," said George Karolis, President of The Presidio Group. "The automotive retail market is very healthy, and the Honda brand is always in demand."

"We understood the strategic aim of this sale and are pleased we were able to assist Dennis in realigning his assets geographically," said Brodie Cobb, CEO of The Presidio Group.

The Presidio Group provided exclusive M&A advisory services to the ownership of Priority Honda Huntersville through its wholly owned investment bank, Presidio Merchant Partners LLC.

**The Presidio Group LLC** was founded in 1998 with the simple mission to relentlessly put the interests of our clients first. By steadfastly adhering to this philosophy, the firm has earned the trust of clients throughout the United States. In their careers, the professionals at The Presidio Group have closed nearly 200 auto transactions valued over $12 billion. It also publishes Presidio's ***Where the Rubber Meets the Road***, a leading source of information about the automotive retail landscape and the automotive retail M&A environment. The Presidio Group is based in San Francisco, CA. Presidio Merchant Partners LLC is a subsidiary of The Presidio Group LLC and is a member of FINRA and SIPC. For more information on Presidio, visit **www.thepresidiogroup.com**.