# PRIORITY AUTOGROUP
# GENERAL MANAGER'S MEETING
# AGENDA
## September 13, 2019

## Dinner on Thursday 6pm at LeYaca
## Sponsored by vAuto/Cox

| | | |
|---|---|---|
| 8:30 am - | State of the Union<br>Round Table*<br>    Drivers age limitation | Dennis |
| 10:00 am - | What are we doing to Attract and Retain Salespeople | Matt Pennell &<br>All |
| 10:30 am - | vAuto | Matt Pennell &<br>Dale Pollock |
| 12:00 pm - | Department Profile of the Month<br>    Used Vehicles how we use vAuto | Tom Ivey and all |
| 12:30 pm | LUNCH | |
| 1:00 pm - | Google     G Suite | Josh Wilson |
| 2:00 pm - | Marketing Continuity | Matt Pennell |
| 3:00 pm- | Numbers<br>    (Please bring your composites) | Stacy |

\*   Round Table is an opportunity to bring up anything of importance to the whole Group not already covered in the agenda.

Case 3:21-cv-00072-RJC-DSC     Document 23-8     Filed 04/26/21     Page 1 of 1