_1 wk to reg._

# Priority Automotive Group Employee Registration



A more human resource.

**Our new company web site is here!**

It provides you with unprecedented, swift and convenient access to your personal and pay information as well as up-to-date company information.

On our company site, you can do any of the following:

- View and update your personal information to keep your contact information up-to-date.
- Update your security questions and answers to be able to reset your password or retrieve your user ID, when required
- Change your password regularly to protect your account.
- Update/Activate your mobile phone numbers and email address to receive security notifications from your company or ADP.
- You can also view and update your emergency contacts and dependent information.
- View your pay statements and annual statements. You can also view and update your filing status (W4), as well as access financial calculators.
- View your attendance and paid time off information.
- View and update your work information, education, skills, memberships, licenses & certifications.
- Access company news, announcements, policies and more.

**You will need the following information:**

1. Our Company web site URL: https://workforcenow.adp.com
2. An Organizational Registration Code: 0052KA0-1234

   (Or)

   A Personal Registration Code—that you receive in an email from SecurityServices_NoReply@adp.com

We are very excited about the value that our new company website will provide you.
Refer to the registration quick reference card and register today!

_set w/_
_Dan Vickery_
_to fix time_

Sincerely,

Human Resources & Payroll Department

GIVE HR DEPT. A WEEK FROM EMPLOYMENT TO ADD YOU IN THE SYSTEM, GO ONLINE & REGISTER.

ADP and the ADP logo are registered trademarks of ADP, LLC.
ADP A more human resource. is a service mark of ADP, LLC. Copyright© 2016 ADP, LLC.

# Welcome to your ADP Workforce Now Employee self-service website, offering:
*direct access to your information
*availability 24/7
*access from home or office

## First-time registration to Workforce Now

You will need the registration passcode: 0052KA0-1234

Please use zero's for the registration passcode.

Go to: https://workforcenow.adp.com , click on the 'Register Here' button toward the bottom of the screen and follow the instructions on the screen.

1. Enter identifying information, i.e. name, birth date



2. Enter email address, which will be used for notification, create your User ID and Password and pick security questions & answers



3. Accept the terms & conditions



4. Activate your email within 24 hours



5. Login!



Case 3:21-cv-00072-RJC-DSC    Document 23-9    Filed 04/26/21    Page 2 of 7

# Navigating your Workforce Now website



## Home Page Overview

When you log on to ADP Workforce Now, the Employee Self Service Home page is displayed. The page includes company information, links to various forms and policies, and a company directory search.



## The Menu Bar

On the menu bar, you can do the following.

| Select to access various pages on the site. | Click to access the Message Center, the Calendar, My Profile, Support and Logout. | Click to search for people and activities. |



## Viewing the Message Center

Click the first icon to access the Message Center. The number that displays below the envelope indicates the number of new or unread messages.

To view details or respond to a message, click the Action icon.



## Viewing My Profile

Click the My Profile icon on the menu bar to display a business card with your information. This information is also displayed in our company directory.

# View and edit your personal information



## Myself Menu Overview

On the Myself menu, you can access your personal, career, and work-related information.

Click an activity to view or update your information, or to complete certain tasks.

Important: Only your manager or designated human resources or payroll representatives can update certain information.

Note: Our website contents may vary.



## Myself > Personal Profile

The Personal Profile page contains personal information such as your contact and address.

To update your information, click Edit.

Enter your changes and click Done.

Note: Our website contents may vary.



# Quick Reference Card for iSI Quick Timestamp Employees



## QUICK TIME STAMP

**1. Enter your WFN Portal Username and Password**

Friday, June 30, 2017 *01:17:51PM* (local time)

Username*

Password*

**2a. Select to Record Punch**

**(or)**

**2b. Select to Record Punch with a Labor Level or WorkRule Transfer**

RECORD TIME STAMP

RECORD TIME STAMP WITH TRANSFER

## URL: Timestamp:

https://tlmisi2.adp.com/adptlmqts/quickTS.aspx

# Employees Approving Time Cards

Log onto https://workforcenow.adp.com using your personal User ID and Password.

It will bring you to the Home screen of the employee portal.  Click on the MySelf tab. Then Time & Attendance tab then Time

Under My Information click Approve Timecard



then choice the Approve Timecard.





🏠 Manage My Employees    ⊙ My Information    ⛶ | X

**My Timecard**

ⓘ **Information** Timecard Approved by arose1 5/22/2018 11:22AM

| | | Date | Schedule | Pay Code | |
|---|---|---|---|---|---|
| + | ✕ | Sun 5/20 | | | |
| + | ✕ | Mon 5/21 | 8:00AM-5:00PM | | |