🔒 priorityauto.com

≡

Year ⌄

Make ⌄

Price Range ⌄

Location ⌄

◯ Chantilly, VA (67)
◯ Chesapeake, VA (268)
◯ CHESAPEAKE, VA (143)
◯ Chesapeake, VA, VA (58)
◯ Hampton, VA (127)
◯ Newport News, VA (124)
◯ NEWPORT NEWS, VA (45)
◯ Norfolk, VA (62)
◯ Roanoke, VA (62)
◯ Springfield, VA (98)
◯ Vienna, VA (78)
◯ Virginia Beach, VA (104)
◯ Williamsburg, VA (43)

Rel
Int
YO
Spo
Obs
Prio

**Search**