# Make It Your #1

**PRIORITY** ✓

# Used Vehicle System

**PRIORITY CHEVROLET**

**PRIORITY ACURA**

**PRIORITY TOYOTA**

**PRIORITY SCION**

**PRIORITY HYUNDAI**

# Table of Contents

1. Overview

2. ROI/Day Supply

3. Days in Inventory Policy

4. Selection of classes

5. Reconditioning

6. Display and Pricing

7. Desking

8. Daily Opportunities

9. Appraisals

10. Disposal

11. Total Inventory Availability for All Priority Dealerships

12. Transfers

13. Auctions

14. Service Log

15. Warranty vs. AS IS

16. Sources of Vehicles

17. Conclusion

# 1. Overview

The Priority Used Vehicle Departments have the ability to produce large amounts of profit and with those profits come some inherent risks. In an effort to reduce the risk and maximize the profits, we have implemented the policies and procedures in the following pages. The overall intent is to allow inventory to be placed at the right store for the right money which will allow for the right profits and inventory turns.

**What sells good New..... Sells good Used!**

Case 3:21-cv-00072-RJC-DSC    Document 23-11    Filed 04/26/21    Page 3 of 28

# 2. Return on Investment (ROI) Day Supply

Return on investment is largest area for improvement in streamlining the used car departments. The higher the ROI the quicker the inventory is turned.

120 Day Policy – Vehicles stay in inventory for 120 days only turns the inventory dollars 3 times a year.

90 Day Policy – Vehicle stays in inventory for 90 days, inventory dollars only turn 4 times a year.

60 Day Policy- Vehicle stays in inventory for 60 days, inventory dollars turn only 6 times a year.

45 Day Policy – Vehicle stays in inventory 45 days, inventory dollars turned 8 times a year.

30 Day Policy – Vehicles stays in inventory 30 days, inventory dollars turned 12 times a year.

The optimum turn policy is 45 days on non certified units and 60 days on Certified Units

By utilizing Dealerwire, Managers can realize their ROI on all models sold, the benchmark on Dealerwire for an acceptable ROI is 100%.

Inventory Amounts

The rule for inventory dollar amounts in simple. It is a "Turn and Earn" policy similar to how most new car manufacturers allocate vehicles. The more you sell the more you get. If a store consistently sells 100 units a month, that store earns 100 units. Conversely if a store only sells 30 cars a month, that store will not stock 60 units (2 month supply). The only way to earn more inventory is to turn your inventory quicker and increase ROI.

# 3. Days in Inventory Policy

We must adhere to days in stock policy to be able to maximize retail profit and minimize wholesale loss.

The following is our Days in Stock Policy:

Manage Inventory well in advance of these maximums so that vehicles **never** hit maximum and need to be wholesaled.

| Maximum Days | Type of Vehicle |
|---|---|
| 120 Days | Certified Used Vehicles |
| 90 Days | Non Certified Vehicles |
| 30 Days | Wholesale Units Not for Retail |

At the end of the maximum days the used vehicle manager and the auto group buyer/seller will take to "BEST" auction and dispose of vehicle.
Don't wait till time is up if manager or buyer/seller has other means of moving!
(i.e. transfer to another one of our stores)

Additional Guides for Keeping Inventory fresh and Selling!

1. At 30 Days on lot
   Vehicle goes back to service Department for:
   A. Re-inspection  - state inspection new update – Recheck all systems
   B. P-Detail  - Bring back to Top Notch Shape
   C. Manager checks and drives vehicle back to lot display

   **There is a reason something does not sell in the 1ˢᵗ 30 days.**
   **FIND IT!**

2. At 45 days on lot
   A. Start markdowns: Re- determine market price and use colored markers for X outs and $ dollar reductions at pricing labels and windshields.

   Re-evaluate markdown vehicles
   Daily –Move to Clearance Zone
   At 60 Days- Retail Vehicles
   At 75 Days -CUV vehicles

# 4. Dealership Selection and Classes of Vehicles

Inventory selection is based upon historical sales history of each individual store and ROI. The object is to maximize inventory dollars and facilitate excitement. Everyone knows that the newest inventory creates the most excitement among sales people.

Example:
If a store historically turns a particular vehicle in 7 days and the trading store turns that vehicle in 58 days, the store with the quicker turn receives the vehicle for market price. Selection should be made on historical facts and trends. If a store has never sold a particular kind of vehicle that store will probably never sell that vehicle without some outside influence.

Aged vehicles age because of three main reasons:
1. Price
2. Problem with trade
3. No History

Selection and placement to another Priority Dealer is the responsibility of the Auto Group Buyer/Seller with approval of both UC Managers and General Managers.

Any transfers should be approved before made (used car manager should be involved and "buy in" so vehicles will sell).
- Make sure deal not working at store traded from
- Both used car managers should be involved and "buy in" so vehicles will sell
Used vehicle 'Transfer Form" will be completed before Transfer. See copy of Transfer form attached.

## Classes of Inventory Vehicles
A crucial part of selection is classes of vehicles. Be careful to not over classify vehicles and use the following guideline.
A. Cars –**NOT** replaceable and reconditionable
B. Cars –Easily replaceable and conditionable
C. Cars- Price cars for newspaper
D. Wholesale

# 5. Reconditioning

The most retail profit is made in the first 14 days that a vehicle is on the lot. If it takes 10 days to service, clean and display a vehicle huge profits are being lost.

To counter this a 3 day reconditioning rule has been created.

RULE: All used vehicles are to be fully serviced and cleaned within the first 3 business days the vehicle is presented to a service writer. Baring any parts delay or special concern (sludge motors.)

If a vehicle cannot be serviced and cleaned with in 3 days the vehicle in question will be sublet to another store within the Priority Autogroup that can complete the reconditioning in the allowed time frame. This allows for higher inventory turns and increased profits for the whole Group. Cost for this reconditioning must be approved by service manager and UC manager before any work begins.

Special Note To Dealerships Service-Parts-Body shop Managers:
Often times we tend to overlook our best customers, in this situation the used car department is and will always be our best customer. Being captive customers should not lead to complacency.

Guides to reconditioning:

See it, hear it, feel it, smell it… Get the most out of your reconditioning.

*Tires, state inspection items, Brakes, Air conditioning, Smoke smells, dents , large scratches, and mileage interval checkups.*

Recondition like you were buying it… It is easier to justify a higher price when the vehicle has been properly reconditioned.

Do not repair every scratch with body paint. A customer will still buy with small scratches, but becomes hesitant when they notice paint work. Bumper scratches need to be repaired.

**Inspect every vehicle after it comes out of detail.** Too much dressing on the inside is a turn off to most customers. Offensive odors do not sell. Correct the problem first.

*Reconditioning note: No matter how much we spend to recondition a C or D vehicle we will never make it an A or B vehicle.*

Used Car managers should approve all repairs and vendor tickets before the work is performed and after work is completed. To include Priority Final Touch. ( NO BLANK AUTHORIZATIONS).
Used car manager must inspect and sign off on all vehicles before they go on front line. Then manager and lot attendant program goes into effect. (See next page). Used car managers should also weekly spot check work in service and with vendors.

Cost Guidelines for Reconditioning
    A. Car: up to $700  - To Market
    B. Car: up to $900                   } **\* Never Over Clean Book**
    C. Car: up to $500
    D. Car: $0

\* General Manager <u>only</u> makes exceptions

# Lot Attendant $500 Reward program.

A $500 Bonus will be established for the used vehicle lot attendant(s) at the beginning of every month. The lot attendant(s) will receive the Bonus less any "$5.00 ding" for missed or not acceptable items found by the lot attendant and used car manager on the 11:00am twice a week lot walk. (Every Friday and one weekday picked by manager).

Check List Items    2 times a week -4 weeks a month

| | Date _____ | Yes | No |
|---|---|---|---|
| $5.00 | Lot Display complete* | ___ | ___ |
| $5.00 | Window Labels complete* | ___ | ___ |
| $5.00 | Exterior complete* | ___ | ___ |
| $5.00 | Interior complete* | ___ | ___ |
| $5.00 | Trunk complete* | ___ | ___ |
| $5.00 | Glove box complete* | ___ | ___ |
| $5.00 | Floor mats complete* | ___ | ___ |
| $5.00 | Under hood complete* | ___ | ___ |
| $5.00 | Tires Inflated/shined | ___ | ___ |
| $5.00 | 1/4 tank of gas & starts | ___ | ___ |
| $5.00 | Priority License Frame | ___ | ___ |
| $5.00 | Priority Stickers | ___ | ___ |
| | Total Dings | | ___ |

* Complete means totally clean with all parts and vehicles in place. Example: No Antennas missing (knobs-ashtrays etc.) Vehicles are lined up and lot is clean of trash.

# Lot Attendant $500 Reward program.
## Month_____

| | | Yes | No |
|---|---|---|---|
| Date_____ | | | |
| $5.00 | Lot Display complete* | | |
| $5.00 | Window Labels complete* | ___ | ___ |
| $5.00 | Exterior complete* | ___ | ___ |
| $5.00 | Interior complete* | ___ | ___ |
| $5.00 | Trunk complete* | ___ | ___ |
| $5.00 | Glove box complete* | ___ | ___ |
| $5.00 | Floor mats complete* | ___ | ___ |
| $5.00 | Under hood complete* | ___ | ___ |
| $5.00 | Tires Inflated/shined | ___ | ___ |
| $5.00 | 1/4 tank of gas & starts | ___ | ___ |
| $5.00 | Priority License Frame | ___ | ___ |
| $5.00 | Priority Stickers | ___ | ___ |
| | Total Dings | ___ | ___ |

| | | Yes | No |
|---|---|---|---|
| Date_____ | | | |
| $5.00 | Lot Display complete* | | |
| $5.00 | Window Labels complete* | ___ | ___ |
| $5.00 | Exterior complete* | ___ | ___ |
| $5.00 | Interior complete* | ___ | ___ |
| $5.00 | Trunk complete* | ___ | ___ |
| $5.00 | Glove box complete* | ___ | ___ |
| $5.00 | Floor mats complete* | ___ | ___ |
| $5.00 | Under hood complete* | ___ | ___ |
| $5.00 | Tires Inflated/shined | ___ | ___ |
| $5.00 | 1/4 tank of gas & starts | ___ | ___ |
| $5.00 | Priority License Frame | ___ | ___ |
| $5.00 | Priority Stickers | ___ | ___ |
| | Total Dings | ___ | ___ |

| | | Yes | No |
|---|---|---|---|
| Date_____ | | | |
| $5.00 | Lot Display complete* | | |
| $5.00 | Window Labels complete* | ___ | ___ |
| $5.00 | Exterior complete* | ___ | ___ |
| $5.00 | Interior complete* | ___ | ___ |
| $5.00 | Trunk complete* | ___ | ___ |
| $5.00 | Glove box complete* | ___ | ___ |
| $5.00 | Floor mats complete* | ___ | ___ |
| $5.00 | Under hood complete* | ___ | ___ |
| $5.00 | Tires Inflated/shined | ___ | ___ |
| $5.00 | 1/4 tank of gas & starts | ___ | ___ |
| $5.00 | Priority License Frame | ___ | ___ |
| $5.00 | Priority Stickers | ___ | ___ |
| | Total Dings | ___ | ___ |

| | | Yes | No |
|---|---|---|---|
| Date_____ | | | |
| $5.00 | Lot Display complete* | | |
| $5.00 | Window Labels complete* | ___ | ___ |
| $5.00 | Exterior complete* | ___ | ___ |
| $5.00 | Interior complete* | ___ | ___ |
| $5.00 | Trunk complete* | ___ | ___ |
| $5.00 | Glove box complete* | ___ | ___ |
| $5.00 | Floor mats complete* | ___ | ___ |
| $5.00 | Under hood complete* | ___ | ___ |
| $5.00 | Tires Inflated/shined | ___ | ___ |
| $5.00 | 1/4 tank of gas & starts | ___ | ___ |
| $5.00 | Priority License Frame | ___ | ___ |
| $5.00 | Priority Stickers | ___ | ___ |
| | Total Dings | ___ | ___ |

# 6. Display and Pricing

Lots should be displayed for maximum exposure. Biggest vehicles upfront or in back so as not to block view of lot. Flow of lot should go from left to right starting with biggest to littlest. (Highway traffic patterns dictate visibility. Drive your stores traffic patterns in all directions to determine "BEST" display arrangements and "HOT" merchandise spots.

Same models should be grouped together with colors alternated. All vehicles must have current window stickers and state inspection stickers.

Equal space between vehicles to allow customers to walk between cars and to keep from denting other cars

Every space on the lot is worth the average used car gross profit generated by that store, so in knowing that if you have 100 spaces to display vehicles and your average gross profit is 1500; those 100 spaces are worth 1.5 million dollars. For example vehicles with faded stickers and trash in side, cars parked out of place no Priority stickers and plates. Trash on lot, sales persons and sales managers' cars parked out front, these items should all be corrected.

Lot Attendants- Lot attendants' first responsibility is to maintain a professional selling arena. This should come before anything else.
Lot Attendant check list and reward program. (on separate page)
Display should be rotated continually to maximize visibility and give a "New Look" to catch the eye of prospective buyers as they drive past the store.

## Pricing Vehicles

Markup

A Cars - $5000 +
B Cars - $4000 +
C Cars - $2000 - $3000

All vehicles should have Dealer Specialty window stickers and FTC Buyers guides at time of display. Market value guides should be used to justify prices. Also, remember the average discount given by a salesperson on the lot is $800.

Pricing should be market based. In our market some cars do better than any book or website can tell, while some cars do worse. Knowing a store particular market is crucial for pricing.

# 7. Desking

**ONE RULE- ALLOW EVERYONE THE OPPORTUNITY TO PAY RETAIL FIRST BEFORE ANY DISCOUNT.**

Acceptable Gross

A Cars - $3500 +
B Cars - $2000 +
C Cars – As Advertised

# 8. Daily Opportunities

## All Used Vehicle Managers

1. Walk lot first thing in the morning and at lot attendant shift change
   - Look for trash in cars
   - Look for damage
   - Look for stickers missing, inspection stickers out of date
   - Look for any problem that would want fixed if you were buying the car
   - Trash on the lot
   - Cars misplaced

2. Walk service daily
   - Talk to service writers and technicians

3. Touch your 10 oldest cars daily

4. Smile

5. Know your inventory better than anyone
   - There should be no one that knows your inventory better than you; also it will allow you to manage your inventory

** Be sure your Shepherd program is kept up to date on a daily basis.
This will go a long way toward making sure #4 will be done routinely.
   - Shepherd program under separate cover to copy

# 9. Appraisals

Used car manager to appraise all incoming trade ins. In a department with an assistant, lead manager to review appraisal figures with the manager appraising. The ACV of vehicle to be determined by using current market values less reconditioning costs. If vehicles are used to wholesaled ACV should be market value less recondition less auction fees.

Appraisals should be consistent. Always driving vehicle, checking market conditions and deciding on disposal of vehicle.

- Always drive the sale route-know the road so that any noises or driving concerns are caused by the car not the road
- Look at exterior last. So your perception will not be clouded
- Check under the hood, tires and AC etc.
- When in doubt call someone-two heads are better than one
- Decide at time of appraisal whether to wholesale or retail trade and stick with it,
- Self talk into making a wholesale piece a retail piece never works. Use AS-IS check and report
- Recommend running carfax if any questionable items appear (i.e. excessive paint work, off center odometer, etc.
- Know your market problems ( Camry's sludge motor, Cherokees bad rear ends and transmissions)

All appraisals are to be reviewed by the UC Manager and Auto Group buyer/seller whether it is down or up, the UC mgr with GM approval has the obligation and authority to adjust a mistake to the correct figure.

Vehicles are appraised in the categories of:

Extra Clean: - Like new for model year, perfect paint, no visible signs of wear

Clean- Very little interior wear, matching tires with good tread, mechanically sound

Average- Visibly normal interior and exterior wear. Still a good vehicle substantial service remaining.

Rough – A vehicle with a below average interior or exterior condition and/or one with excessive mileage. Limited serviceable life remaining

Do not over classify vehicles

Correct classification is most important in determining price

Carefully consider the following:
-quality of outside body
-condition of the interior

-mechanical problems
-tire tread
-overall appearance
-cost of reconditioning
-mileage

Percentages:  Normal percentage for categories of trades received

Extra Clean 5%
Clean 20%
Average 50%
Rough 25%

**WHEN WE NEED TO "STRETCH" TO MAKE A DEAL. NEW OR USED:**
Call used car manager and buyer/seller they may have additional insight from going to auction to help make the deal.  The used car manager at one of our stores may need your "Like Brand" trade in and can help you make your deal.  The Auto Group buyer/seller will help with this-call him.

Outside shopping of trade in are to be done by the management, shopping of trade ins is the responsibility of the used car manager with the buyer/sellers help.

Shopping should be done on Exotics or special vehicles that we would not keep for retail. Make sure you check with our own sister stores to see if they need the vehicle.  Keep it in the family.  Call the Auto Group Buyer/Seller.

# 10. Disposal of Used Cars

All vehicles to be wholesaled or disposed of are to be disposed by the used car manager and buyer/seller.

The used car manager and the buyer/seller department's responsibility is to dispose of all trades in a timely manner while creating a profit center for the Individual Dealership.

Days in Inventory Policy must be strictly adhered to.

# 11. Total Inventory Availability

In order to make available all used vehicles in the Priority Auto Group the used vehicle buyer/seller will fax or e-mail on a weekly basis all vehicles that are going to auction to be wholesaled. This list goes to the used car managers to that they may use all of our stores as a source of inventory. What gets old in Hampton Roads may be a perfect fit in Richmond and vice versa. That Chevrolet pickup that Richmond Toyota traded may be just what Chevy needs. Also on our web site all retail inventories are listed and may be needed by another store in the group for a retail sale. Also Dealerwire has all inventories available for viewing and analysis.

The following is the purchase policy for Retail Inventory sold between stores.

**Retail Inventory Pricing:**
In stock under 30 days = $1000 over ACV + reconditioning
In stock over 30 days = $500 over ACV + reconditioning
In stock over 60 days = $ACV or less + reconditioning
Remember this policy is for Retail **sold** units

Wholesale auction vehicles are purchased at ACV + 100 or market value which ever is greater. If a used car manager elects to keep a vehicle and run it thru auction, it is his obligation to inform the used car manager from the inquiring store as to how much the vehicle brought at auction. Be sure to deduct any and all fees involved at the auction. We have **No Fees** internally. We all need to learn and stay on top of the markets.

# 12. Transfers between Stores

To maximize the profit of a vehicle and to increase inventory turns. Transfers between stores will be handled as such:

The buyer/seller should continually monitor trades at each store and make transfer recommendations <u>weekly</u> to the used car manager.

**First 30 days in stock:**
Vehicle to be sold to receiving store for Market Value taking in consideration reconditioning if any.

Examples:

> Chevy Trades 2002 Camry for $11000.00
> Toyota buys car for MV of $12000.00
> Chevrolet benefits $1000.00

> Keeping in mind that most stores never recoup additional gross by trading favorably. Dealer group still remains both profits and realizes all income.

> Chevy trades 2002 Camry for $14000.00
> Toyota buys MV of $12000.00
> Chevy realizes <$2000> loss.

Policy will allow for the right figure to be placed on vehicles at all times.

After 30 days: Vehicles to be transferred for Market Value or GL less packs whichever is less. This will allow for quicker turns of the right inventory at the right store.

As always it is up to the General Manager to decide if a vehicle should stay or to be moved, all decisions will be based upon Dealerwire historical sales vs. current inventory and buyer/seller recommendations.

All Market Values to be determined by the used car manager and buyer/seller. using Manheim and/or black book and current auction value trends.

Date: _____

# Dealer To Dealer Used Vehicle Transfer Form

## Vehicle Info

Dealer From: _____

Date In Stock: _____

Source: _____

Stock# _____

Brand: _____

Type: _____

Odometer: _____

ACV _____

Recond. +_____

GL Bal. _____

BB AVG _____

MAA _____

Dealer To: _____

Date of Transfer: _____

Transfer Price: _____

Reason For Transfer: _____

_____

_____

Priority Buyer: _____ Date:_____

Dealer From: _____ Dealer To: _____

UC Mgr: _____ Date: _____  UC Mgr: _____ Date:_____

GM: _____ Date: _____  GM: _____ Date:_____

# 13. Auctions

Auctions where a store goes to purchase vehicles should be gone to by the used car manager responsible <u>and</u> the buyer/seller.

Auctions where a store goes to sell wholesale inventory should be gone to by <u>All</u> sales managers on a rotating basis. Unless the used car manager has a specific reason to change the rotation the schedule should be adhered to so that <u>All</u> managers get a good feel for what is happening in the market and to <u>see</u> first hand what is happening to the vehicles they trade.

# 14. Service Log

Each used car manager is responsible to work with his team to not only stock in vehicles, but also to check and follow-up on reconditioning for purchases and trade-ins using the service log and working with the stores service team.

Remember <u>three</u> days is all we have to get our vehicles out to the front lines.

** Copy of log on next page

# Priority Chevrolet



| DATE IN | DATE OUT | STOCK | VEHICLE | ESTIMATE | POSTED BILL | COMMENTS |
|---------|----------|-------|---------|----------|-------------|----------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

# 15. Warranty vs. AS IS

All vehicles retailed by Priority Auto Group will come with a 1 month/1000 mile warranty. This will help protect the reputation of the Priority name and avoid future problems. In a sentence if you can not warranty it don't retail it. Inevitably an as-is vehicle breaks down and we end up fixing it anyway. So do the right thing the first time. All vehicles will be sold with a current VA inspection sticker.

Any goodwill work will be approved by the Used Vehicle Department Manager. BEFORE the work is started.

# 16. Sources of Used Cars

#1 - New Car Trades- New Car Department is a receiving unit for used cars

#2 - Used Car Trades – Great source

#3 – Auctions

#4 – Customers

#5 - Newspaper Classifieds-for sale by owner magazines etc.

#6 - Company Transfers

#7 - Wholesalers

#8 - Toyota Direct, GMAC Smart auction, Honda Direct, etc

The used car manager and buyer/seller are to purchases all vehicles.

# 17. Conclusion

As you can see the used vehicle department has many ever changing elements that we all must stay up to date with. It is of the utmost importance that all used vehicle managers and general managers are in total communication and coordination at all times. Keep up with your systems and guidelines ask questions-get consensus-do the deal. Remember-everybody hates surprises if they aren't good. Communicate well and Everyone's work is easier.

# What Sells Good New

# Sells good Used!

# BE THE BEST THAT YOU CAN BE!

# PROCEDURES FOR DISPOSAL OF WHOLESALE INVENTORY

1.  Wholesale inventory traded at Priority Chevrolet, Toyota and Acura is moved to the back lot behind the Acura store. The Used Car Manager of the respective store is responsible for making sure the trade-ins are moved to Acura in a timely fashion. The wholesale department then gathers pertinent information about the vehicles used to prepare for the sale of the inventory at an auction. This information includes, stock number, VIN, mileage, year, make and model of the vehicle.

2.  Wholesale inventory traded at Priority Toyota Richmond and Priority Hyundai is transported by the auction directly to the site of the sale (Tidewater Auto Auction and/or Motors Auction Group, both in Chesapeake). The Used Car Manager is responsible for contacting the buyer or the auction directly to have the vehicles transported. The wholesale department then inventories the vehicles from those sites.

3.  The wholesale department then looks up the GL balance, the Black Book value, and Manheim Market Report on each vehicle. This is done in order to assess the potential sale of the vehicle. If the GL seems to be drastically higher than the value of the vehicle, the buyer makes the Used Car Manger and GM aware of the potential loss. At this point, a decision may be made by the GM to return the vehicle to the Used Car Department for retail in order to avoid a large loss.

4.  Inventories are also then analyzed to see if any product can be used by a sister store.

5.  If any product traded can better fit the inventory needs of another store within the group, the buyer makes the original store's GM and Used Car Manager aware. If all parties agree that the vehicle should be moved, the buyer notifies the GM and Used Car Manager of the receiving store of the details concerning the vehicle and the necessary purchase price. If all is agreeable the vehicle is moved to the new store at market value, and the appropriate transfer form is completed.

6.  If a store wishes to have a buy figure put on a trade-in at the time of appraisal, the buyer should be contacted and he will make the contacts within the group as well as to other Franchise dealers outside the group if necessary. The Manager trading the vehicle should not assume that another store in the group will automatically take the trade without making contact first. He/she should keep in mind that the store may not be in need of the vehicle at the time of the transaction.

7.  Vehicles that remain in wholesale inventory will be disposed of at an auction. The first run will be at a local auction, and if a particular vehicle remains unsold, the buyer may decide, with the GM's approval to send it to another sale outside the area.

8. The buyer sells no vehicles directly to wholesalers or non-Franchise dealers.

# PROCEDURES FOR PURCHASES

## Auto Group Buyer Responsible For the Following:

1.  Purchases for retail inventory are made at approved auctions, including but not limited to, Manheim Auctions, Adesa Auctions, ABC Auctions, Motors Auction Group and Tidewater Auto Auction.

2.  Purchases are also made from Franchise dealers who are selling current inventory, or when a buy figure is put on a trade-in.

3.  The buyer and/or the used car managers are allowed to purchase vehicles from individuals selling their own personal vehicle. The Used Car Managers should keep abreast of needed product being advertised in the classified section of the newspaper. The sellers should be contacted by the Used Car Manager to set up possible purchase.

4.  No purchases are made from wholesalers or non-Franchise dealers.