# PRIORITITES FOR LIFE

## BEST DEAL GUARANTEE



Customer comes back after getting price from other Dealer

We cannot match other Dealer's Price

Sales Manager fills out certificate for Priorities for Life Best Deal Guarantee.

Sales Manager takes customer to service to introduce to ASM.

ASM enters customer into ADP

ASM welcomes customer and tentatively sets up first appointment.

Case 3:21-cv-00072-RJC-DSC   Document 23-12   Filed 04/26/21   Page 1 of 3

# Priorities for Life Best Deal Guarantee

1. Customer has been given our best price on a vehicle from the Sales staff. They leave and receive/shop for a better price from another dealership on the same vehicle.

2. Customer presents written proof of a "better" offer from another dealer. Priority has seven days to meet or beat the offer from the other Dealer. If unable to meet or beat customer receives "Priorities for Life Best Deal Guarantee" *See image #2*

3. Sales Manager verifies the offer is valid on new in-stock vehicle and said vehicle has less than 500 miles.

4. Sales Manager fills out "Priorities for Life Best Deal Guarantee" certificate, logs the certificate # in a logbook and signs.

5. Sales Manager then takes our customer to the Service Department and introduces them to a Service Advisor. *(If Service is closed then give a copy of the certificate with all of the information needed in step 5, to Service Manager the next day)*

6. Service Advisor enters customer information; Name, VIN, **e-mail,** phone numbers and address, into ADP. While entering the vehicle data in the <u>add/or change vehicle screen</u>, Advisor is to enter the options field, hit F2 and type in "Priorities for Life Best Deal Guarantee" on one of the 5 option field lines. *See image #1*

7. ASM welcomes our new customer to Priority. ASM then makes arraignments' to have the Priority Automotive badge and license plate installed on customers vehicle and tentatively sets up their first appointment, using the opcode "PFLOX"

Image #1



Press the F2 key on the "Optional Fields" to get the box open.

Image # 2

