# Priority Honda Huntersville

## New Employee Information Sheet

### 1. Personal Information Section

**Full Name:** BECKLEY (Last) TANISHA (First) F (M.I.)

**Address:** 15486 DONNINGTON DR (Street Address) _____ (Apartment/Unit #)
CHARLOTTE (City) NC (State) 28227 (ZIP Code)

**Cell Phone:** ▮▮▮▮-6998  **Alternate Phone:** ( )

**Birth Date:** ▮▮▮▮  **Marital Status:** MARRIED

**Social Security Number:** ▮▮▮▮

**Email Address:** TBECKL01@GMAIL.COM
(may we use this email address to send work related information) (Y) __N

**Ethnicity:** (Optional – Information collected to file annual EEO-1)
- White _____
- African-American ✓
- Hispanic or Latino _____
- Asian _____
- American Indian or Alaskan Native _____
- Hawaiian or Other Pacific Islander _____
- Two or more of the above races _____

### 2. Emergency Contact Information

**Full Name:** BECKLEY (Last) JAMES (First) E (M.I.)

**Primary Phone:** ▮▮▮▮-8930  **Alternate Phone:** ( )

**Relationship:** HUSBAND

### Job Information Section – HR USE ONLY

**Title:** Sales Assistant  **File #:** 95010

**Department:** 7008  **Supervisor:** Kyle Galdon

**Status:**
- Full-time: X
- Part-Time: ___
- Seasonal: ___

**Pay Cycle:**
- Bi-Weekly: 5SB
- Semi-Monthly: ___

**Start Date:** 05/29/2020  **BSwift:** 08/01

Employee Name: **Tanisha Beckley**

# SALES OTHER SALARIES EMP. CHECKLIST

- [ ] APPLICATION
- [x] ID(s) from I9
- [x] SIGNED PAY PLAN
- [x] EMPLOYEE PACKET
- [x] DEALER TAG ACCEPTANCE **FD1959A**
- [x] UNIFORM ACCEPTANCE
- [ ] BACKGROUND REPORT **N/A**
- [ ] DRUG SCREEN COMPLETED **N/A**
- [x] ISSUED NAME TAG
- [x] PROVIDED CLOCK IN INSTRUCTIONS
- [x] PROVIDED BENEFIT INSTRUCTIONS
- [x] ADDED TO ANM (CTRL# 4, 7)
- [ ] ADDED TO KPA LOGIN
- [x] ADDED ON EMPLOYEE LOG
- [x] EMAILED EIR@PRIORITYAUTO.COM SETUP
- [x] EMAILED PACKET TO PAYROLL/HR **6/3/2020**

**95010** EMPLOYEE NUMBER ASSIGNED

**5/29/20** START DATE

# YOUR SOCIAL SECURITY CARD

Detach the card below and sign it in ink immediately. Keep your card in a safe place to prevent loss or theft. **DO NOT CARRY IT WITH YOU.** Do not laminate your card.



SOCIAL SECURITY

THIS NUMBER HAS BEEN ESTABLISHED FOR

TANISHA FRANCES BECKLEY

SIGNATURE



# Employee Handbook Section (704):
# Personal Appearances:

Dress, grooming, and personal cleanliness standards contribute to the morale of all employees and affect the business image the Company presents to customers and visitors.

During business hours or when representing the Company, you are expected to present a clean, neat, and tasteful appearance. You should dress and groom yourself according to the requirements of your position and accepted social standards. This is particularly true if your job involves dealing with customers or visitors in person.

Your supervisor or department head is responsible for establishing a reasonable dress code appropriate to the job you perform. If your supervisor feels your personal appearance is inappropriate, you may be asked to leave the workplace until you are properly dressed or groomed. Under such circumstance, you will not be compensated for the time away from work. Consult your supervisor if you have questions as to what constitutes appropriate appearance. When necessary, reasonable accommodation may be made to a person with a disability.

Employees in certain departments and positions are required to wear uniforms. Service and body shop employees have safety-related dress and appearance requirements. Administrative positions are to maintain a **professional appearance**. Sales Department will have a summer and winter attire.

Without unduly restricting individual tastes, the following personal appearance guidelines should be followed. They are intended to be illustrative only and the employee's position with the Company must also be taken into account when determining if personal appearance is appropriate and consistent with Company policy.

- ❖ "Professional appearance" means the following:
    - ✓ No hooded sweatshirts. Cardigans or sweaters would be a professional substitute.
    - ✓ Athletic type clothing (i.e. stretchy yoga pants) is not professional
    - ✓ Denim fabric would not be considered professional attire, this includes colored denim, denim collared shirts, or denim jackets.
    - ✓ Printed T-shirts are not acceptable professional attire, more specifically logos and branding
    - ✓ Leggings are not a substitute for pants...they should be worn under something that would be professionally appropriate alone.

- ➢ Shoes must provide safe, secure footing, and offer protection against hazards.
    - ✓ Flip flops would not qualify for safe, secure footing in any circumstance
    - ✓ Keep in mind your daily tasks...if there is a risk of hazard because of your heel size....the company is not liable for any injury caused
    - ✓ If you walk through the service shop...Open toe shoes are an OSHA violation!!!

- ➢ Canvas or athletic type shoes are not appropriate professional attire.
    - ✓ Doctor's note would be an exception to this rule.

- ➢ Tank tops, low cut shirts, tube or halter-tops, mini-skirts, or shorts may not be worn under any circumstances.
    - ✓ If your cleavage is visible...wear a camisole.
    - ✓ Sleeveless shirts are acceptable, but a good rule would be 4 fingers wide and no bra straps showing.
    - ✓ Tube tops or halter tops are not acceptable in any form... dresses or shirts. If one is worn it must be accompanied by a sweater, blazer or cardigan.
    - ✓ Clothing exposing the back and midriff is not acceptable.
    - ✓ Skirts and Dresses: no more than 3 inches above the knee.
    - ✓ No shorts.
    - ✓ Professional capris that sit below the knee are perfectly acceptable.

- Mustaches and beards must be clean, well-trimmed, and neat.

- Hairstyles are expected to be in good taste.

- Unnaturally colored hair and extreme hairstyle do not present an appropriate professional appearance.

- Long hairstyles should be worn with hair pulled back off the face and neck to avoid interfering with job performance.

- Excessive makeup is not permitted.

- Offensive body odor and poor personal hygiene is not professionally acceptable.

- Perfume, cologne, and aftershave lotion should be used moderately or avoided altogether, as some individuals may be sensitive to strong fragrances.

- Jewelry should not be functionally restrictive, dangerous to job performance, or excessive.

- Facial jewelry, such as eyebrow rings, nose rings, lip rings, and tongue studs, is not <u>professionally</u> appropriate and must not be worn during business hours. (This rule as well will be determined on a department basis with the manager's discretion)
  - ✓ Administrative, Customer Service and Sales positions are to maintain a professional appearance and these are NOT professionally appropriate.

- Torso body piercing with visible jewelry or jewelry that can be seen through or under clothing must not be worn during business hours. (This rule as well will be determined on a department basis with the manager's discretion.)

- Visible <u>excessive</u> tattoos and similar body art must be covered during business hours. This rule will be determined on a department basis with the mangers discretion.
  - ✓ More than two tattoos exposed would be considered excessive in all Administrative, Customer Service and Sales positions (per Stacy Cummings)

I acknowledge that I have read the above guidelines for my position with Priority Honda Huntersville

_____
Employee Signature

Tanisha Beckley      6/1/20
Printed Name        Date

**Team Priority,**

I refer you to the following section of our employee handbook. The requirement for **all** non-management personnel to accurately keep track of their hours worked using the electronic timekeeping function on our ADP system has been in place for over ten years. It has come to our attention that the policy is not being complied with 100% of the time with an emphasis on **sales personnel.**

The policy is not optional and in light of today's legal environment non-compliance is not acceptable and will in no case be further tolerated. Failure to enforce our policy opens us up to extreme penalties and lawsuits. One California dealer's existence is in jeopardy as a result of their failure.

Effective August 1st no employee will receive their pay until the payroll department has a completed timesheet approved and signed by the employee's supervisor. The payroll department has been instructed to notify me of any breakdown in the policy. In every instance a blue slip is to be written-up on the employee and the supervisor. Continued non-compliance by any employee will result in termination. Human Resources and Payroll are available for any questions or training issues you may have.

### 401 Timekeeping

Accurately recording time worked is the responsibility of every employee. Federal and state laws require the Company to keep an accurate record of time worked in order to calculate employee pay and benefits. Time worked is all the time actually spent on the job performing assigned duties.

Employees should accurately record the time they begin and end their work, as well as the beginning and ending time of each meal period. They should also record the beginning and ending time of any split shift or departure from work for personal reasons. Overtime work must always be approved before it is performed.

Altering, falsifying, tampering with time records, or recording time on another employee's time record may result in disciplinary action, up to and including termination of employment. It is the employees' responsibility to sign their time records to certify the accuracy of all time recorded. The supervisor will review and then initial the time record before submitting it for payroll processing. In addition, if corrections or modifications are made to the time record, both the employee and the supervisor must verify the accuracy of the changes by initialing the time record.

| Tanisha Beckley | TB | 6/1/20 |
|---|---|---|
| Printed Name | Initials | Date |

# Minimum Wage – Company & Customer Vehicles – Name Tags

### Minimum Wage – Sales Consultants:

This notice confirms that you will be paid at least minimum wage for every hour you work within each pay period. At the end of each pay period, you will receive the minimum wage for all hours worked or commission earning – whichever is the greater of the two. If your commissions have not exceeded the minimum wage, any credit balance will be carried forward for offset in future months. However; subsides will only be deducted from commission earnings in excess of the guaranteed minimum wage in any particular pay period.

We would like to remind you that under Federal Law, you must record your true and accurate hours of work on a daily basis. Because of the ramifications to you and our dealership for failure to comply with these guidelines, we must ask that there are no exceptions.

Priority Automotive will require, as condition of employment, you to punch a time clock that will validate your time daily. Punching should include any lunch or dinner breaks you take during your workday.

### Company & Customer Vehicles:

I understand that I will not smoke in any customer or company vehicle. I will not change any dials or knobs, radios or speakers. I will not eat in any Priority vehicle or customer car.

I understand that I will not exceed the 10 MPH speed limit on the dealership property. I understand that company or customer vehicles are not to be driven off the lot for anything but business. I understand that violation of these rules makes me subject to immediate termination.

### Name Tags:

Unless you are issued a uniform, each employee who works for Priority is required to wear the Priority Automotive name tag. Employees will be issued their first name tag for free as part of the new hire process. If you lose or damage your name tag you will be required to obtain another one. There is a charge for additional name tags. The prices are as follows; complete name tag including magnet: $5. Magnet only: $2. The only acceptable method of payment is cash and this transaction can be done at any of the receptionist desks located at all Priority stores.

I have read, understand and agree to comply with the requirements stated above:

Signature: _____  Date: 6/1/20

#4. Min. Wage-Vehicles-Name Tags

# Acknowledgement of Basic Rules for Auto Dealers

I, the undersigned, received a copy of and have read (or have had read to me) the rules and information listed in the <u>Basic Safety Rules for Auto Dealers</u> handbook. I understand it is my responsibility to follow these rules at all times. I understand that if I don't know or understand a safety rule, I am supposed to ask my supervisor.

_Tanisha Beckley_
**Print Name**

_[signature]_      6/1/20
**Signature**      **Date**

# Acknowledgement of Hazard Communication Orientation

I, the undersigned, have been made aware of Priority's Hazard Communication Program and the Globally Harmonized System of Classification and Labeling of Chemicals. I understand that I have the right to review any Hazard Communication Information including Safety Data Sheets (SDS) at any time.

_Tanisha Beckley_
**Print Name**

_[signature]_      6/1/20
**Signature**      **Date**

## EMPLOYEE ACKNOWLEDGMENT FORM

The Priority Honda Huntersville Handbook describes important information about the company. I have received the handbook, and I acknowledge that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it. I understand that I should consult my supervisor or Human Resources regarding any questions not answered in the handbook or that may arise regarding the policies it contains.

I have entered into my employment relationship with Priority voluntarily and acknowledge that there is no specified length of employment. I understand that my employment with Priority is an "at will" employment relationship. Accordingly, either Priority or I can terminate the relationship "at will," with or without cause or reason, at any time.

The Company reserves the right to revise, amend, delete, or change any of the provisions contained in this handbook. Furthermore, I acknowledge that this handbook is neither a contract of employment nor a promise of continued employment.

_____   DATE 6/1/20
SIGNATURE

Tanisha Beckket
EMPLOYEE'S PRINTED NAME

## HAZMAT (KPA) Training & Testing Acknowledgement

The safety of our customers and employees is very important. As a result, you are required to follow the instructions given to you for the training provided to us by KPA. Your signature below acknowledges that you were given the instructions and agree to participate in the training within 5 days of your hire date:

_____   Date 6/1/20
Signature



## WAGE DEDUCTION AUTHORIZATION

By my signature below, I authorize ___Priority Honda___,
<span>Dealership Name "the Company"</span>
to deduct from my wages, as indicated below, for payment of the following:

| | |
|---|---|
| | Uniforms |
| | RO # |
| | Merchandise purchased from the company |
| | Lost or damaged property (keys, laptop) |
| | Deductible for damages to a vehicle |
| | Other (please specify) |

(check one)

The total amount due is: $ _____

Amount to be withheld per pay period is $ _____

In the event that I cease to be employed with the company for any reason whatsoever, I hereby agree to reimburse the company for any and all remaining amounts due, within 5 business days of my separation from the company. I further understand and acknowledge that if the balance is not satisfied, I shall remain obligated.

_[signature]_
Employee Signature

Tanisha Beckley
Employee Printed Name

95010
Employee #

_[signature]_
Managers Signature

6/2/20
Date



# **VEHICLE DAMAGE AGREEMENT**

DATE: 6/1/20

I, Tanisha Beckley, hereby acknowledge that in the event that I am involved in an accident during work hours and/or involving a company owned vehicle, customer's vehicle, or demonstrator vehicle sustains any damages as a result of my use or operation, I am required to report the accident to my supervisor immediately (within one (1) hour or less). If my supervisor cannot be reached, I will contact the General Manager of my dealership.

If the damage/accident is due to my negligence or I am "at fault", I understand that I will be liable for these damages, up to our company insurance deductible.

I will be required to sign a wage deduction authorization form, authorizing Priority to withhold the amount from my paycheck. At no time will I be paid less than minimum wage nor will an exempt employee have a deduction from their salary pay.

In the event my employment with the company terminates for any reason whatsoever, I hereby agree that the entire balance will be due at such time of termination. I further understand and acknowledge that if the balance is not satisfied, I shall remain obligated and I hereby agree to reimburse the company for any and all remaining amounts due.

_____
Employee Signature

Tanisha Beckley
Employee Printed Name

95010
Employee #

_____
HR Witness Signature

Diane Ulmer
HR Witness Printed Name

## PRIORITY AUTOMOTIVE

## STATEMENT OF RESPONSIBILITY

It is the responsibility of each employee to satisfy the needs of each of our customers to the very best of their abilities in their respective departments. By doing so we insure customer satisfaction and customer loyalty; thus guaranteeing repeat business and customers by consistently following these basic rules.

1. Always greet customers promptly with courteous Priority greeting. Listen to their needs.
2. Treat customers as you would want to be treated. After a courteous greeting take them to the right person or department to satisfy their needs. Never just point and tell them you can't help them. Remember that a customer's first impression of our dealership could be a major asset or liability.
3. Use all Priority systems that are in place for your department. These systems are proven as the track to run on to give our customers the best service in all departments.
4. Do it right the first time – if we make a mistake don't make excuses, acknowledge the error and fix it NOW.
5. If you cannot totally satisfy your customer, don't quit; seek your supervisor's help to be sure we do all we can.
6. We must act professionally in every aspect of our jobs. Starting every day with a professional appearance, attitude and manners.

Having happy satisfied customers gives us all a feeling of accomplishment and will make each employee feel good about themselves, their departments and their dealership.

### Happy Customers = Happy Employees

Tanisha Beckley  
Printed Name

TB  
Initials

6/1/20  
Date



# Priorities for Life.

I. **Know Yourself.** Understand who and what you are, learn to recognize your strength and weaknesses. Strive for constant improvement. But most of all accept yourself for whatever you are.

II. **Visualize Your Desired Self-Image.** Believe that you can achieve the image and lifestyle you desire, then work hard and well to make it happen.

III. **Are You Willing to Pay the Price for Your Goals?** Each goal demands a price. Evaluate your motivation, determination, time, energy and the sacrifices you must make to achieve the goal. Most goals in life are tradeoffs; you trade off one thing for another.

IV. **Develop Your Mind, Body, and Soul.** Try to stay healthy and balanced in all things. Two great factors of life are growth and decay. When things stop growing – they begin to die.

V. **Understand Where You Have Been.** Learn from your past memories and experiences so that you can better plan your future.

VI. **Decide Where You Are Going.** Set up definite long-range goals, then establish the short-range steps which must first be achieved to eventually reach your long-range goals.

VII. **Exercise Self-Discipline.** Be consistent in your efforts even though at times it may be difficult and painful.

VIII. **Respond, Don't React.** Try to stay calm and look for the real reason if ever someone tries to hurt you or throw you on the defensive. That which is not weak does not have to defend itself. Its strength lies in its truth.

IX. **Respect the Other Person's Point of View.** Try to treat them the way you wish to be treated. Remember that each person views a situation from their world and not yours. Remember also that you are only here for a short while. So live each day with love of yourself, your fellow man, but, most of all, your God. Remember a little perfume always clings to the hand of the person who offers another a flower.

X. **Maintain a Positive, Enthusiastic Mental Attitude.** Look for advantages in every situation, then try to eliminate as many of the negatives as you can.

XI. **Know Your Priorities.** Put things in their order of importance to you. Then eliminate the unnecessary and organize the essential. Simplicity in life discourages strife.

XII. **Compromise When You Must, but Try to Minimize Your Losses.** Try to get all the facts and correct information before making any decision of importance.

#1. Priorities for Life                                                                 Initials: _____

# DEALER TAG ACCEPTANCE

By accepting this dealer tag, I understand I am responsible for it at all times. If the tag is lost, stolen, or destroyed it is my responsibility to report it to the Controller immediately with a local police department case# showing the tag was lost/stolen. I agree to pay a replacement tag fee of **$250** to Priority Honda Huntersville in the event the tag is not found. I approve for this fee to be deducted from my payroll if it is not paid in full to Diane Ulmer.

TAG# FD 1751A

FOR DEMO

_____          6/1/20
Employee Signature                Date

Tanisha Beckley
Employee printed name

# UNIFORM ACCEPTANCE

By accepting the first three uniform shirts provided by Priority Honda, T ___Tanisha Beckley___ understand that I will be payroll deducted $90.00 if I were to terminate my position with the company within the first 90 days of my hire date.

*Shirts are non-returnable

___[signature]___        ___6/1/20___
Employee Signature        Date

___Tanisha Beckley___
Employee printed name