

**TARGET**

March 23, 2021

Rebecca S. Colaw
Priority Automotive
160 W. Washington Street
Suffolk VA 23434

**Your Search Warrant for John Doe**

To Whom It May Concern:

Per your request, we have searched the records of TD Bank USA NA, of which Target Card Services is the custodian. Enclosed are all responsive documents located after a diligent search.

If you have any questions, please give us a call at **612-815-8413**.

Sincerely,

Elisabeth Weber, Custodian of Records
Target Card Services

Our normal business hours are: Mon- Fri, 7am – 5pm Central time. Closed on some holidays.

RedCard
RedCard™; Target Debit Card, Target Credit Card, and Target™ MastercardⓇ. Subject to application approval. The RedCard credit cards (Target Credit Card and Target Mastercard) are issued by TD Bank USA, N.A. The RedCard debit card is issued by Target Corporation. Mastercard is a registered trademark of Mastercard International, Inc. Pat 7,562,048 and 8,117,118.
Ⓒ Target Brands Inc. Target and the Bullseye Design are registered trademarks of Target Brands, Inc.

**Target Card Services, servicer to TD Bank USA, N.A.**
P.O. Box 673, Minneapolis, MN 55440-0673

Rev100719
SUB01

Embezzlement of $3,351.48 cents against James Beckley
Embezzlement and Larceny against Tanisha Beckley

Larceny against Tanisha Beckley for Purchases before May 2020 when she became an employee, embezzlement after May 2020

T2090  Charlotte Blakeney
Charlotte, NC

2020-08-07 08:27:39

SALES

| | | |
|---|---|---|
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | SIG GOLD (ea @ $13.99) | $ 13.99 |
| 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 | HAGGAR SUIT (ea @ $32.99) | $ 32.99 |
| 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 | BELT (ea @ $14.99) | $ 7.48 |
| 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 | JKY GEN TEE (ea @ $20) | $ 20.00 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| | SUBTOTAL | $ 88.21 |
| | T1=TAX 7.250 % on $ 88.21 | $ 6.40 |
| | TOTAL | $ 94.61 |

| | | |
|---|---|---|
| * 7911 | MASTERCARD | $ 94.61 |
| * EXP 2404 | CEDS# 1023493479687911 | |

RECEIPT ID# 0220-2090-0171-5337

Tanisha Beckley and James Beckley Used Company card end in 7911 to purchase personal items

Tanisha did the shopping in Charlotte









```
*- - - - POS VERSION 000.057.017 - - - - *
03/04/20  0966 0125 9867    BEG:10:19 AM
RECEIPT ID# 2-0064-0966-0125-9867-6
R-EMP# 70458427      (SALE)
001:S088080163    BASKETBALLS      19.99   T
002:S088080240    Spalding         29.99   T
003:S088080164    BASKETBALLS      19.99   T
004:S088080164    BASKETBALLS      19.99   T
005:S064030388    BATH TOWEL        3.00 * T
006:S064030388    BATH TOWEL        3.00 * T
007:S064030388    BATH TOWEL        3.00 * T
008:S088080255    BACKBOARDS      249.99   T
                  SUBTOTAL        348.95
T = NC TAX7.2500% ON       348.95      25.30
                  TOTAL           374.25
                  SUBTOTAL        348.95
T = NC TAX7.2500% ON       348.95      25.30
                  TOTAL           374.25
1022475679946283
011:   *6283 MASTERCARD CHARGE     374.25
ACCT# (C[ 5563200000006283        ]  EXP:07/23
CARD HOLDER: JAMES BECKLEY
AID:A0000000041010
Mastercard
*APPROVED* RC=26      AUTH=004013

RECEIPT PRINTED
STORE SURVEY PRINTED
END OF TRANSACTION #9867    END:10:20 AM
```

https://insidepos.target.com/InsidePOS/EJViewerPrint.aspx?print=true

3/18/2021







Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 10 of 143



**T2080  Charlotte North**
**Charlotte, NC**

2020-04-14 09:29:30

## SALES

| | | |
|---|---|---|
| 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 | SMARTWATER (ea @ $2.09) | $ 2.09 |
| 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 | SMARTWATER (ea @ $2.09) | $ 2.09 |
| 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 | DUKE CANNON (ea @ $6.99) | $ 6.99 |
| 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 | ALL INMOTION (ea @ $20) | $ 20.00 |
| 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 | ALL INMOTION (ea @ $40) | $ 40.00 |
| 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 | GC FASHION P (ea @ $15) | $ 15.00 |
| 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 | ALL INMOTION (ea @ $16) | $ 16.00 |
| 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 | UTILITY TUB (ea @ $8.49) | $ 8.49 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |

| | |
|---|---|
| SUBTOTAL | $ 134.66 |
| T1=TAX 2.000 % on $ 4.18 | $ 0.08 |
| T2=TAX 7.250 % on $ 130.48 | $ 9.46 |
| TOTAL | $ 144.20 |
| MASTERCARD | $ 144.20 |

* 7911

* EXP 0512   CEDS# 102349347968791

RECEIPT ID# 0105-2080-0173-3035

InstaPos + E-Print















```
*- - - - - POS VERSION 000.057.017 - - - - *
04/16/20 1087 0078 2981    BEG:06:44 PM
RECEIPT ID# 2-0107-1087-0078-2981-4
R-EMP# 75102368       (SALE)
001:S055090813      DOVE            1.59  FT
002:S094030165      CHAPSTICK 3P    2.99   T
003:S055090814      DOVE            1.59  FT
004:S041114524      All InMotion   40.00   T
005:S041114418      All InMotion   40.00   T
006:S041114567      All InMotion   40.00   T
                    SUBTOTAL      126.17
T = NC TAX7.2500% ON      126.17    9.15
                       TOTAL      135.32
                    SUBTOTAL      126.17
T = NC TAX7.2500% ON      126.17    9.15
                       TOTAL      135.32
009:   *7911 MASTERCARD CHARGE    135.32
ACCT# (C) 5563200000007911        EXP:04/24
CARD HOLDER: JAMES BECKLEY
AID:A0000000041010
Mastercard
*APPROVED* RC=26        AUTH=016070

RECEIPT PRINTED
STORE SURVEY PRINTED
END OF TRANSACTION #2981   END:06:45 PM
```

sponsored

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

### Pickup, delivery & in stores

**"dove"**

202 results

Sold by ⌄    Sort by Relevance ⌄

- ☐ 🔴 In-store pickup
- ☐ 🔴 Buy it at the store
- ☐ 🟠 Shipping

### More Filters

**⌃ Category**

Health
Beauty
Personal Care
Baby
Women
Home

**⌃ Sold by**

☐ Target

**⌃ Price**

☐ $0 – $15
☐ $15 – $25
☐ $25 – $50



**Dove White Moisturizing Beauty Bar Soap - 12pk - 3.75oz each**

Dove Beauty

★★★★★ 10851

$13.99

🏷 Spend $40 get a $10 gift card on select beauty items

Free standard shipping with $35 orders

In stock at Chesapeake Sq Mall
Ready within 2 hours with pickup

**Dove Deep Moisture Body Wash - 22 fl oz**

Dove Beauty

★★★★★ 6993

$5.99 - $18.39

🏷 Spend $40 get a $10 gift card on select beauty items

Only ships with $35 orders

Free standard shipping with $35 orders

In stock at Chesapeake Sq Mall
Ready within 2 hours with pickup

**Dove Sensitive Skin Unscented Beauty Bar Soap - 12pk - 3.75oz each**

Dove Beauty

★★★★★ 593

$13.99

🏷 Spend $40 get a $10 gift card on select beauty items

Free standard shipping with $35 orders

In stock at Chesapeake Sq Mall
Ready within 2 hours with pickup











T2080  Charlotte North
Charlotte, NC

2020-04-22 09:29:05

SALES

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    3 SETP STOOL (ea @ $44.99)        $ 44.99

SUBTOTAL        $ 44.99

T1=TAX 7.250 % on $ 44.99        $ 3.26

TOTAL        $ 48.25

* 7911        MASTERCARD        $ 48.25

* EXP 0512        CEDS# 1023493479687911

RECEIPT ID# 0113-2080-0172-3835


"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"

| | Shopping Same Day Delivery? |
| :---: | :--- |

Try our dedicated shopping experience

**"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"**
1 result

Sold by | Sort by **Relevance**

**Pickup, delivery & in stores**

- In-store pickup
- Buy it at the store
- Shipping

**More Filters**

∧ **Category**
Home

∧ **Sold by**
- Target

∧ **Price**
- $25 – $50
$ ____ to $$$ ____



**Cosco 3 Step All Aluminum Step Stool**
Cosco
★★★★☆ 42

$44.99

Discontinued for shipping

In stock at Chesapeake Sq Mall
Ready within 2 hours with pickup

**T2080  Charlotte North**
**Charlotte, NC**

**2020-04-22 09:26:37**

## SALES

| | | |
|---|---|---|
| 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 | NATURE VALLE (ea @ $3.09) | $ 3.09 |
| 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 | NUT A/O SEED (ea @ $11.69) | $ 11.69 |
| 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 | DURACELL (ea @ $9.99) | $ 9.99 |
| | RETURN BY 2020-05-22 | |
| 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 | SPAROOM (ea @ $3.99) | $ 3.99 |
| 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 | BURPEE (ea @ $4.99) | $ 4.99 |
| 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 | GRDN SEEDS (ea @ $1.99) | $ 1.99 |
| 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 | GRDN SEEDS (ea @ $1.69) | $ 1.69 |
| 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 | ALL INMOTION (ea @ $40) | $ 40.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |
| 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 | BATH TOWEL (ea @ $3) | $ 3.00 |

|  | | |
|---|---|---|
| | SUBTOTAL | $ 98.43 |
| | T1=TAX 2.000 % on $ 11.69 | $ 0.23 |
| | T2=TAX 7.250 % on $ 86.74 | $ 6.21 |
| | TOTAL | $ 104.87 |
| * 7911 | MASTERCARD | $ 104.87 |
| * EXP 0512 | CEDS# 1023493479687911 | |











You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

**"Burpee"**
12 results

Sold by ⌄   Sort by **Relevance** ⌄

**Pickup, delivery & in stores**

☐ In-store pickup
☐ Buy it at the store
☐ Shipping

**More Filters**

⌃ Category
Patio & Garden
Grocery

⌃ Sold by
☐ Target

⌃ Price
☐ $0 – $15
☐ $15 – $25
☐ $25 – $50
$ [____] to $$$ [____]

⌄ Type

Burpee 12ct Annual & Perennial Seeds
Burpee

$23.49

Free standard shipping with $35 orders
Ship to Chesapeake Sq Mall

Add to cart

Burpee 12ct Vegetable Seeds
Burpee

$23.99

Free standard shipping with $35 orders
Ship to Chesapeake Sq Mall

Add to cart

Burpee Herb ' Spearmint' 1pc Seasonal Grown In All U.S.D.A. Hardiness Zones National Plant Network 4"
National Plant Network
★★★★★ 1

$12.99

Free standard shipping with $35 orders
Not in stores

Add for shipping







T0966  Huntersville
Huntersville, NC

2020-04-24 10:58:56

SALES

| 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 | MN GF (ea @ $49.99) | $ 49.99 |
| 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 | GOODFELLOW (ea @ $29.99) | $ 29.99 |
| 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 | ALL INMOTION (ea @ $40) | $ 40.00 |
| | SUBTOTAL | $ 119.98 |
| | T1=TAX 7.250 % on $ 119.98 | $ 8.70 |
| | TOTAL | $ 128.68 |
| * 7911 | MASTERCARD | $ 128.68 |
| * EXP 0512 | CEDS# 1023493479687911 | |

RECEIPT ID# 0115-0966-0171-5990





```
              T2080  Charlotte North
                    Charlotte, NC

                 2020-05-31 16:46:07

                      SALES

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   SMARTWATER (ea @ $2.09)      $ 2.09

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   ALL INMOTION (ea @ $24)      $ 24.00

                        SUBTOTAL           $ 26.09

              T1=TAX 2.000 % on $ 2.09     $ 0.04

              T2=TAX 7.250 % on $ 24.00    $ 1.74

                           TOTAL           $ 27.87

        * 7911          MASTERCARD         $ 27.87

        * EXP 2404   CEDS# 1023493479687911

              RECEIPT ID# 0152-2080-0171-4090
```





```
          T2244  Charlotte Midtown
                Charlotte, NC

           2020-06-01 08:46:34

                  SALES

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   HAGGAR SUIT (ea @ $32.99)      $ 32.99

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   SIG GOLD (ea @ $14.99)         $ 7.48

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   PRTHVS TANK (ea @ $22.99)      $ 20.00

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   GC TEE UNDER (ea @ $14.99)     $ 14.99

                        SUBTOTAL             $ 75.46

              T1=TAX 7.250 % on $ 75.46      $ 5.47

                           TOTAL             $ 80.93

      * 7911           MASTERCARD            $ 80.93

      * EXP 2404    CEDS#  023493479687911

              RECEIPT ID# 0153-2244-0174-3048
```






Categories ⌄    Deals ⌄    What's New ⌄    Pickup & Delivery ⌄

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                    🔍        Sign in ⌄        🛒

You're shopping (closes at 10pm):
**Chesapeake Sq Mall** ⌄

Registry    Weekly Ad    RedCard    Gift Cards    Find Stores    Orders    ♡    ⌄ More

🔴 **Shopping Same Day Delivery?**
Try our dedicated shopping experience

### "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"
1 result

Sold by ⌄    Sort by Relevance ⌄

**Pickup, delivery & in stores**

☐ 🔴 In-store pickup
☐ 🔴 Buy it at the store
☐ 🟠 Shipping

**More Filters**

⌃ Category
Men

⌃ Sold by
☐ Target

⌃ Price
☐ $0 – $15

| $ | to | $$$ |



Men's 4pk V-Neck T-Shirt -    ♡
Goodfellow & Co™ White
Goodfellow & Co
⭐⭐⭐⭐⭐ 10

$14.99

Free standard shipping with $35 orders
In stock at Chesapeake Sq Mall
Ready within 2 hours with pickup

Case 3:21-cv-00072-RJC-DSC    Document 32-4    Filed 04/11/22    Page 45 of 143

```
*- - - - - POS VERSION 000.057.030 - - - - *
07/04/20 2080 0087 3884    BEG:09:31 AM
RECEIPT ID# 2-0186-2080-0087-3884-8
R-EMP# 74847777      (SALE)
001:S081027897     Sharpie          6.49    T
002:S040080719     PRTHVS TEE U     22.99    T
003:S022083818     SHAPEWEAR        20.00    T
004:S064030419     Room Esentls      4.00    T
005:S064030419     Room Esentls      4.00    T
006:S253059676     CHINET            5.29    T
007:S284041055     SIMPLY            2.99   FT
008:S284040314     SIMPLY            2.33  *FT
009:S203550158     RED BULL          5.50  *FT
010:S284040314     SIMPLY            2.33  *FT
011:S049001920     Cremo             8.99    T
012:S064030419     Room Esentls      4.00    T
013:S253059676     CHINET            5.29    T
014:S203550158     RED BULL          5.50  *FT
015:S203550095     RED BULL          5.50  *FT
016:S284041055     SIMPLY            2.99   FT
017:S284040314     SIMPLY            2.33  *FT
018:S284040314     SIMPLY            2.33  *FT
019:S284041055     SIMPLY            2.99   FT
020:S203550095     RED BULL          5.50  *FT
021:S284040314     SIMPLY            2.33  *FT
022:S284040314     SIMPLY            2.33  *FT
023:S284040314     SIMPLY            2.33  *FT
024:S284040314     SIMPLY            2.33  *FT
025:S284041055     SIMPLY            2.99   FT
026:S284040314     SIMPLY            2.33  *FT
027:S081014734     FITLOSOPHY        7.99    T
028:S203550164     RED BULL         17.50  *FT
029:S288040026     REDDY ICE         2.19   FT
030:S288040026     REDDY ICE         2.19   FT
031:S203550164     RED BULL         17.50  *FT
032:S284041056     SIMPLY            2.99   FT
033:S284041056     SIMPLY            2.99   FT
034:S284040314     SIMPLY            2.33  *FT
035:S284040314     SIMPLY            2.33  *FT
036:S203800068     GATORADE          5.29   FT
037:S055090476     BUBBLE YUM        1.19   FT
                   SUBTOTAL        200.47
T = NC TAX7.2500% ON    200.47     14.53
                      TOTAL        215.00
                   SUBTOTAL        200.47
T = NC TAX7.2500% ON    200.47     14.53
                      TOTAL        215.00
1023493479687911
040:  *7911 MASTERCARD CHARGE     215.00
ACT# (C) 5563200007911       EXP:04/24
CARD HOLDER: JAMES BECKLEY
AID:A0000000041010
Mastercard
*APPROVED* RC=26      AUTH=004692

RECEIPT PRINTED
STORE SURVEY PRINTED
END OF TRANSACTION #3884   END:09:35 AM
```





Shopping Same Day Delivery?

Try our dedicated shopping experience

**"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"**
1 result

Sold by | Sort by Relevance

## Pickup, delivery & in stores

☐ 🔴 In-store pickup
☐ 🔴 Buy it at the store
☐ 🔴 Shipping

### More Filters

⌃ Category
Men

⌃ Sold by
☐ Target

⌃ Price
☐ $15 – $25

$ [____] to $$$ [____]



Pair of Thieves Men's 2pk V-Neck
Undershirt
Pair of Thieves
★★★★★ 12
⬜ ⬛ ⌄

$22.99

Free standard shipping with $35 orders

Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 48 of 143





Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 50 of 143

🛍 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

**"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"**

1 result

Sold by ⌄    Sort by Relevance ⌄

### Pickup, delivery & in stores

☐ 🏪 In-store pickup

☐ 🏬 Buy it at the store

☐ 📦 Shipping

**More Filters**

⌃ Category

Household Essentials

⌃ Sold by

☐ Target

⌃ Price

☐ $0 – $15

[ $ ] to [ $$$ ]

[ Apply ]

⌄ Type



**Chinet Cut Crystal Cup - 50ct/9oz**
Chinet

⭐⭐⭐⭐⭐ 104

$5.29
$4.99 with same-day order services

Only ships with $35 orders
Free standard shipping with $35 orders
In stock at Chesapeake Sq Mall
Ready within 2 hours with pickup

[ Add for pickup ]



Categories ⌄  Deals ⌄  What's New ⌄  Pickup & Delivery ⌄

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

Sign in ⌄

You're shopping (closes at 10pm):
**Chesapeake Sq Mall** ⌄

Registry    Weekly Ad    RedCard    Gift Cards    Find Stores    Orders    ♡    ⌄ More

🛍️ **Shopping Same Day Delivery?**

Try our dedicated shopping experience

## Pickup, delivery & in stores

☐ 🔴 In-store pickup

☐ 🔴 Buy it at the store

☐ 🟫 Shipping

### More Filters

⌃ **Category**
Grocery

⌃ **Sold by**
☐ Target

⌃ **Price**
☐ $0 – $15

$ ___  to  $$$ ___

**"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"**
1 result

Sold by ⌄     Sort by Relevance ⌄



**Simply Lemonade with Raspberry Juice - 89 fl oz**
Simply Beverages
⭐⭐⭐⭐⭐ 1036

$3.99

Shipping not available
In stock at Chesapeake Sq Mall

Case 3:21-cv-00072-RJC-DSC    Document 32-4    Filed 04/11/22    Page 52 of 143







You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry    Weekly Ad    RedCard    Gift Cards    Find Stores    Orders    ♡    ⌄ More

🔴 **Shopping Same Day Delivery?**

Try our dedicated shopping experience



**"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"**

1 result

Sold by ⌄    Sort by Relevance ⌄

**Pickup, delivery & in stores**

☐ 🔴 In-store pickup

☐ 🔴 Buy it at the store

☐ 🟤 Shipping

**More Filters**

⌃ **Category**

Beauty

Personal Care

Health

⌃ **Sold by**

☐ Target

⌃ **Price**

☐ $0 – $15



**Cremo Body Wash Silver Water & Birch - 16oz**
♡

Cremo

⭐⭐⭐⭐⭐ 28

$8.99

🛒 Spend $40 get a $10 gift card on select beauty items







Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 59 of 143























On line order Made by Tenisha Beckley
Total Amount: 95.41

Credit card 7911

Date: 7/17/2020



  
You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ⌄ More

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

## "logitech 510"

80 results

Sold by ⌄          Sort by Relevance ⌄

### Pickup, delivery & in stores

☐ 🏠 In-store pickup
☐ 🏪 Buy it at the store
☐ 📦 Shipping

### More Filters

⌃ Category
Electronics
Video Games

⌃ Sold by
☐ Target
☐ antonline

⌃ Price
☐ $0 – $15
☐ $15 – $25



**Logitech Wireless Mouse - Gray**

Logitech

★★★★★ 16

$21.99

Free standard shipping with $35 orders

**Logitech Mouse - Teal Maze (M317)**

Logitech

★★★★☆ 31

$14.99 reg $20.99

Free standard shipping with $35 orders

**Logitech M100 Wired Mouse - Black (910-001601)**

Logitech

★★★★★ 148

$5.99

Only ships with $35 orders
Free standard shipping with $35 orders



T2090  Charlotte Blakeney
Charlotte, NC

2020-07-20 10:56:25

SALES

| 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 | JOCKEY (ea @ $6) | $ 6.00 |
| 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 | JOCKEY (ea @ $6) | $ 6.00 |
| 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 | JKY GEN TEE (ea @ $20) | $ 20.00 |
| 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 | GC BUTTON DO (ea @ $29.99) | $ 29.99 |
| 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 | HAGGAR SUIT (ea @ $32.99) | $ 32.99 |
| | SUBTOTAL | $ 94.98 |
| | T1=TAX 7.250 % on $ 94.98 | $ 6.89 |
| | TOTAL | $ 101.87 |
| * 7911 | MASTERCARD | $ 101.87 |
| * EXP 2404 | CEDS# 1023493479687911 | |

RECEIPT ID# 0202-2090-0171-6237





Categories ⌄  Deals ⌄  What's New ⌄  Pickup & Delivery ⌄

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

Sign in

You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ⌄ More

🛍 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

**Pickup, delivery & in stores**

☐ 🔴 In-store pickup
☐ 🔴 Buy it at the store
☐ 🟤 Shipping

**More Filters**

⌃ Category
Men
Kids

⌃ Sold by
☐ Target

⌃ Price
☐ $0 – $15
$ ___ to $$$ ___

**"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"**
1 result

Sold by ⌄    Sort by Relevance ⌄

Jockey Generation™ Men's
Diamond Cushion Comfort Crew
Socks - 7-12
Jockey Generation
⭐⭐⭐⭐⭐ 26
⬛⬛⬛⬛  +3 options

$6.00 - $15.00



040090375   🔍

 Sign in ⌄   

You're shopping (closes at 10pm):
**Chesapeake Sq Mall** ⌄

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ⌄ More

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

| | |
|---|---|
| **Pickup, delivery & in stores** | **"040090375"** |
| | 1 result |

**"040090375"**
1 result

Sold by ⌄    Sort by Relevance ⌄

☐ 🏷 In-store pickup
☐ 🏬 Buy it at the store
☐ 📦 Shipping

**More Filters**

⌃ **Category**
Men
Kids

⌃ **Sold by**
☐ Target

⌃ **Price**
☐ $15 – $25

$ [         ] to $$$ [         ]



Jockey Generation™ Men's Modal
Stretch 2pk Crew T-Shirt - White
Jockey Generation
⭐⭐⭐⭐⭐ 42

$20.00

Free standard shipping with $35 orders
Ship to Chesapeake Sq Mall



You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry    Weekly Ad    RedCard    Gift Cards    Find Stores    Orders    ♡    ⌄ More

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

**"GC button Do"**
166 results

Sold by ⌄    Sort by Relevance ⌄

**Pickup, delivery & in stores**

☐ 📍 In-store pickup
☐ 🏪 Buy it at the store
☐ 📦 Shipping

**More Filters**

⌃ Category
   Men
   Kids
   Women
   Holiday Shop

⌃ Sold by
   ☐ Target

⌃ Price
   ☐ $0 – $15



Men's Slim Fit Stretch Poplin Short Sleeve Button-Down Shirt - Goodfellow & Co™
Goodfellow & Co    new at ◎
★★★★☆ 39
+12 options

Men's Standard Fit Textured Short Sleeve Button-Down Shirt - Goodfellow & Co™
Goodfellow & Co    new at ◎
★★★★☆ 12
+5 options
Extended sizes offered

Men's Standard Fit Stretch Poplin Long Sleeve Button-Down Shirt - Goodfellow & Co™
Goodfellow & Co    new at ◎
★★★★☆ 12
+17 options

$19.99 - $24.99



T2080  Charlotte North
Charlotte, NC

2020-07-28 10:31:33

### SALES

| | | |
|---|---|---|
| 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 | PRTHVS TEE U (ea @ $22.99) | $ 22.99 |
| | PROMOTION | $ -2.50 |
| 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 | PRTHVS TEE U (ea @ $22.99) | $ 22.99 |
| | PROMOTION | $ -2.50 |
| 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 | PROJCT PHONX (ea @ $30) | $ 30.00 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | 4CT 1MM GEL (ea @ $5.29) | $ 5.29 |
| 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 | PENS (ea @ $7.19) | $ 7.19 |
| 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 | PKWY CASUAL (ea @ $12.99) | $ 12.99 |



#041221445817987
NEW BAL: $5.00

| | | |
|---|---|---|
| | SUBTOTAL | $ 142.70 |
| | Miscellaneous Discounts | $ -5.00 |
| | T1=TAX 7.250 % on $ 137.70 | $ 9.98 |
| | TOTAL | $ 152.68 |
| * 7911 | MASTERCARD | $ 152.68 |
| * EXP 2404 | CEDS# 1023493479687911 | |

RECEIPT ID# 0210-2080-0160-1251











**"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"**

1 result

Pickup, delivery & in stores

☐ 🏷️ In-store pickup
☐ 🏪 Buy it at the store
☐ 📦 Shipping

**More Filters**

^ Category
Home

^ Sold by
☐ Target

^ Price
☐ $0 – $15
[$] to [$$$]
Apply

∨ Type
∨ Brand

Sold by ∨   Sort by Relevance ∨

**Bath Towel - Room Essentials™** ♡
Room Essentials   only at ◎
★★★★☆ 1033
☐ 🟦 🟫   +1 option
**$2.33** reg $2.75
In stock at Chesapeake Sq Mall
Not eligible for pickup
**Choose options**





You're shopping (closes at 10pm):
**Chesapeake Sq Mall** ⌄

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ⌄ More

🛍 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

**"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"**

1 result

Sold by ⌄   Sort by Relevance ⌄

**Pickup, delivery & in stores**

☐ 🏷 In-store pickup
☐ 🏪 Buy it at the store
☐ 📦 Shipping

**More Filters**

⌃ Category
School & Office Supplies
Home

⌃ Sold by
☐ Target

⌃ Price
☐ $0 – $15

$ ____ to $$$ ____

**U Brands 2pk Ballpoint Pens - Black**
UBrands
⭐⭐⭐⭐½ 28

**$7.19**

Only ships with $35 orders
Free standard shipping with $35 orders



```
                T2090  Charlotte Blakeney
                    Charlotte, NC

                 2020-08-08 20:32:00

                       SALES

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   PRTHVS TEE U (ea @ $22.99)      $ 22.99

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   PRTHVS TANK (ea @ $22.99)       $ 22.99

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   ALL INMOTION (ea @ $24)         $ 24.00

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   GOODFELLOW (ea @ $24.99)        $ 24.99

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   ALL INMOTION (ea @ $14)         $ 14.00

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   ALL INMOTION (ea @ $12)         $ 12.00

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   ALL INMOTION (ea @ $30)         $ 30.00

                         SUBTOTAL             $ 150.97

          T1=TAX 7.250 % on $ 150.97          $ 10.95

                           TOTAL              $ 161.92

      * 7911          MASTERCARD              $ 161.92

  * EXP 2404      CEDS# 1023493479687911

          RECEIPT ID# 0221-2090-0171-6012
```



You're shopping (closes at 10pm):
**Chesapeake Sq Mall** ⌄

Registry　Weekly Ad　RedCard　Gift Cards　Find Stores　Orders　♡　⌄ More

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

**"040080719"**
1 result

Sold by ⌄　　Sort by Relevance ⌄

### Pickup, delivery & in stores

- 🏷 In-store pickup
- 🏪 Buy it at the store
- 📦 Shipping

### More Filters

⌃ **Category**
Men

⌃ **Sold by**
- Target

⌃ **Price**
- $15 – $25

$ ____ to $$$ ____



**Pair of Thieves Men's 2pk V-Neck Undershirt**
Pair of Thieves
★★★★★ 12

⬜ ⬛ ⌄

$22.99

Free standard shipping with $35 orders

9103362865 - Inb....mp3　　Show all


 
You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ⌄ More

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

**"040080916"**
1 result

Sold by ⌄     Sort by Relevance ⌄

### Pickup, delivery & in stores

☐ 🔴 In-store pickup
☐ 🔴 Buy it at the store
☐ 🟠 Shipping

**More Filters**

⌃ **Category**
Men

⌃ **Sold by**
☐ Target

⌃ **Price**
☐ $15 – $25

[ $ ] to [ $$$ ]



**Pair of Thieves Men's Tank
Undershirt 2pk**
Pair of Thieves
⭐⭐⭐⭐⭐ 28

⬜ ⬛ ⌄

$22.99

Free standard shipping with $35 orders

**Goodfellow**
**&CO**

Where style & fit are always in good company.

**Only at** 

## Shop by category


Jackets


Shirts


Tees


Jeans


Chinos


Scarves













9103362865 - Inb....mp3

Show all



all motion


Sign in



You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry    Weekly Ad    RedCard    Gift Cards    Find Stores    Orders    ♡    ⌄ More

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

## Pickup, delivery & in stores

**"all motion"**
741 results

Product Grouping ⌄          Sort by Relevance ⌄

☐ 🏪 In-store pickup

☐ 🛍 Buy it at the store

☐ 📦 Shipping

### More Filters

⌃ **Category**

Women
Men
Kids
Sports & Outdoors
Shoes
Personal Care
Health

⌃ **Product Grouping**

Search Product Grouping







**Women's Essential V-Neck Short Sleeve T-Shirt - All in Motion™**
All in Motion
★★★★☆ 14
■ ■ ■ ■ ⌄ +4 options

$12.00

Free standard shipping with $35 orders





**Women's Mid-Rise Stretch Woven Tapered Leg Capri Leggings 21" - All in Motion™**
All in Motion
★★★★☆ 65
■ ■ ⌄

$28.00





**Men's Soft Long Sleeve Gym T-Shirt - All in Motion™**
All in Motion
★★★★★ 24
■ ■ ■ ■ ⌄

**$18.70** reg $22.00

Free standard shipping with $35 orders

9103362865 - lph_.mp3    ⌃

Show all ✕

T2090  Charlotte Blakeney
Charlotte, NC

2020-08-29 09:10:59

SALES

| 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 | GC SNEAKERS (ea @ $19.99) | $ 19.99 |
| 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 | PRTHVS TEE U (ea @ $22.99) | $ 22.99 |
| 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 | HAGGAR SUIT (ea @ $32.99) | $ 32.99 |

|  | SUBTOTAL | $ 75.97 |
|  | T1=TAX 7.250 % on $ 75.97 | $ 5.51 |
|  | TOTAL | $ 81.48 |
| * 7911 | MASTERCARD | $ 81.48 |
| * EXP 2404 | CEDS# 1023493479687911 | |

RECEIPT ID# 0242-2090-0171-0688



098003403

 

Sign in

You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ⌄ More


**Shopping Same Day Delivery?**
Try our dedicated shopping experience

**"098003403"**
1 result

Sold by ⌄     Sort by **Relevance** ⌄

### Pickup, delivery & in stores

☐ 🔒 In-store pickup
☐ 🏪 Buy it at the store
☐ 📦 Shipping

### More Filters

⌃ Category
Men
Shoes

⌃ Sold by
☐ Target

⌄ Price

⌄ Type

⌄ Brand



**Men's Phillip Twin Gore Sneakers - Goodfellow & Co™**
Goodfellow & Co
★★★★☆ 63
⬛⬜⬛⬛ ⌄
$19.99
Free standard shipping with $35 orders



040080719

 Sign in ⌄



You're shopping (closes at 10pm):
**Chesapeake Sq Mall** ⌄

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

**"040080719"**
1 result

Sold by ⌄     Sort by **Relevance** ⌄

### Pickup, delivery & in stores

☐ 📦 In-store pickup
☐ 🏪 Buy it at the store
☐ 📦 Shipping

**More Filters**

⌃ Category
Men

⌃ Sold by
☐ Target

⌄ Price

⌄ Type

⌄ Brand





Pair of Thieves Men's 2pk V-Neck
Undershirt
Pair of Thieves
★★★★★ 12
☐ ◼ ⌄

$22.99
Free standard shipping with $35 orders

Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 97 of 143

You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

**Pickup, delivery & in stores**

☐ 🔴 In-store pickup

☐ 🔴 Buy it at the store

☐ 🟤 Shipping

**More Filters**

⌃ Category
Men

⌃ Sold by
☐ Target

⌄ Price

⌄ Type

⌄ Brand

⌄ Guest Rating

⌄ FPO/APO

☐ Include out of stock

**"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"**
1 result

Sold by ⌄   Sort by Relevance ⌄



Haggar H26 Men's Tailored Fit
Premium Stretch Suit Pants
Haggar H26
⭐⭐⭐⭐½ 41

⬛ ⬛ ⌄

$32.99

Free standard shipping with $35 orders

Ship to Chesapeake Sq Mall

[ Choose options ]

T0966  Huntersville
Huntersville, NC

2020-08-29 10:35:58

SALES

| | | |
|---|---|---|
| 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 | GOLF UMBR (ea @ $19.99) | $ 19.99 |
| 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 | GOLF UMBR (ea @ $19.99) | $ 19.99 |
| 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 | GOLF UMBR (ea @ $19.99) | $ 19.99 |
| 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 | GOLF UMBR (ea @ $19.99) | $ 19.99 |
| 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 | TWAX TOWELS (ea @ $9.99) | $ 9.99 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | GOLF UMBR (ea @ $19.99) | $ 19.99 |
| 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 | GOLF UMBR (ea @ $19.99) | $ 19.99 |

| | |
|---|---|
| SUBTOTAL | $ 149.18 |
| T1=TAX 7.250 % on $ 149.18 | $ 10.82 |
| TOTAL | $ 160.00 |
| MASTERCARD | $ 160.00 |

* 7911
* EXP 2404    CEDS# 1023493479687911

RECEIPT ID# 0242-0966-0172-0603







Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 102 of 143



```
                T2080  Charlotte North
                     Charlotte, NC

                  2020-09-01 15:12:48

                        SALES

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   TRIGGERPOINT (ea @ $64.99)        $ 64.99
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   HARRY'S (ea @ $11.49)             $ 11.49
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   HNWL TABLE F (ea @ $16.99)        $ 15.00
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   CREMO (ea @ $8.99)                $  8.99
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   MEN'S RAZORS (ea @ $0.99)         $  0.99
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   HNWL TABLE F (ea @ $16.99)        $ 15.00
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   CASALUNA WSH (ea @ $7)            $  7.00
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   CASALUNA WSH (ea @ $7)            $  7.00
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   CASALUNA WSH (ea @ $7)            $  7.00
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   SCHICK (ea @ $11.89)              $ 11.89
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   BODY BENEFIT (ea @ $0.99)         $  0.99
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   CRDNT3OL 8FT (ea @ $5.99)         $  5.99
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   TRIGGERPOINT (ea @ $16.49)        $ 16.49

                        SUBTOTAL               $ 172.82
         T1=TAX 7.250 % on $ 172.82            $  12.53
                        TOTAL                  $ 185.35

     * 7911          MASTERCARD                $ 185.35
     * EXP 2404   CEDS# 1023493479687911

         RECEIPT ID# 0245-2080-0161-1090
```

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

**Pickup, delivery & in stores**

☐ 🔴 In-store pickup

☐ 🔴 Buy it at the store

☐ 🟧 Shipping

**More Filters**

∧ Category

Beauty

Sports & Outdoors

Health

∧ Sold by

☐ Target

∧ Price

☐ $0 – $15

☐ $15 – $25

☐ $25 – $50

☑ $50 – $100

☐ $150 – $200

### "Triggerpoint"

$50 – $100 ✕

4 results

[Sold by ⌄]  [Sort by **Relevance** ⌄]



**TriggerPoint 2.0 Grid 26" Foam Roller - Black**

TriggerPoint

⭐⭐⭐⭐⭐ 1

See low price in cart

Free 2-day shipping

Ship to Chesapeake Sq Mall

🔴 Add to cart

**TriggerPoint Charge Vibe Massager - Blue**

TriggerPoint

⭐⭐⭐⭐⭐ 4

$79.99

Free 2-day shipping

In stock at Chesapeake Sq Mall

Ready within 2 hours with pickup

🔴 Add to cart

**Triggerpoint Grid Vibe Plus**

TriggerPoint

⭐⭐⭐⭐⭐ 18

$99.99

Free 2-day shipping

In stock at Chesapeake Sq Mall

Ready within 2 hours with pickup

🔴 Add to cart






You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry    Weekly Ad    RedCard    Gift Cards    Find Stores    Orders    ♡    ⌄ More

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

### Pickup, delivery & in stores

☐ 🏪 In-store pickup
☐ 🛒 Buy it at the store
☐ 📦 Shipping

### More Filters

⌃ Category
Home

⌃ Sold by
☐ Target

⌃ Price
☐ $15 – $25

$ [____] to $$$ [____]

**"085010013"**
1 result

Sold by ⌄    Sort by Relevance ⌄



Honeywell® Table Air Circulator
Fan
Honeywell
★★★★☆ 993
⬛ ⬜ ⌄

$15.99

Free 2-day shipping with $35 orders

Case 3:21-cv-00072-RJC-DSC    Document 32-4    Filed 04/11/22    Page 107 of 143




 
You're shopping (closes at 10pm):
Chesapeake Sq Mall ∨

Registry  Weekly Ad  RedCard  Gift Cards  Find Stores  Orders  ♡  ∨ More

New at 
**Bring home the smooooothest shave**
Shop Dollar Shave Club razors.



sponsored 













razor blade refills   electric shavers   Disposable Razors   Reusable Razors   Gillette   Harry's

 **Shopping Same Day Delivery?**
Try our dedicated shopping experience

| Pickup, delivery & in stores | **"mens razors"** |
|---|---|
| | 146 results |

Sold by ∨   Sort by **Relevance** ∨

☐ 📍 In-store pickup
☐ 🏬 Buy it at the store
☐ 📦 Shipping

**More Filters**











 
You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ⌄ More

 **Shopping Same Day Delivery?**
Try our dedicated shopping experience

"schick"
26 results

Sold by ⌄     Sort by Relevance ⌄

### Pickup, delivery & in stores

☐ 📍 In-store pickup
☐ 🛒 Buy it at the store
☐ 💰 Shipping

### More Filters

⌃ Category
Personal Care
Beauty
Health

⌃ Sold by
☐ Target

⌃ Price
☐ $0 – $15
☐ $15 – $25



Schick Hydro Silk 5 TrimStyle
Women's Razor - 1 Razor Handle
and 1 Refill
Schick
★★★★☆ 11999

$13.99
🛒 Spend $40 get a $10 gift card on select beauty

Schick Hydro Silk Sensitive
Women's Razor - 1 Razor Handle
and 2 Refills
Schick
★★★★☆ 11347

$8.99
🛒 Spend $40 get a $10 gift card on select beauty
items

Schick Hydro 5 Blade Comfort
Sensitive Refill - 4ct
Schick
★★★★★ 15

$11.99
🛒 Spend $40 get a $10 gift card on select beauty





```
*- - - - - POS VERSION 000.057.041 - - - - *
09/01/20 2080 0083 1313    BEG:10:36 AM
RECEIPT ID# 2-0243-2080-0083-1313-3
R-EMP# 75370505    (SALE)
001:S271900216    COKE         1.99  FT
002:S271900216    COKE         1.99  FT
003:S271900012    SMARTWATER   2.09  FB
004:S271900012    SMARTWATER   2.09  FB
005:S271900216    COKE         1.99  FT
006:S055090476    BUBBLE YUM   1.19  FT
007:S044041376    BELT SUSPEND 9.99   T
008:S042013045    HAGGAR SUIT  32.99  T
009:S042116771    Goodfellow   20.99 * T
010:S042013021    HAGGAR COATS 74.99  T
011:S040134205    PowerSox     15.99  T
012:S040090371    JKY GEN TEE  18.00  T
013:S002020942    UTILITY TUB  12.99  T
                  SUBTOTAL     197.28
T = NC TAX7.2500% ON    193.10    14.00
B = NC TAX2.0000% ON      4.18     0.08
                  TOTAL        211.36
                  SUBTOTAL     197.28
T = NC TAX7.2500% ON    193.10    14.00
B = NC TAX2.0000% ON      4.18     0.08
                  TOTAL        211.36
018:   *7911 MASTERCARD CHARGE    211.36
ACCT# (C) 5563200000007911      EXP:04/24
CARD HOLDER: JAMES BECKLEY
AID:A000000041010
Mastercard
*APPROVED* RC=26      AUTH=001425

RECEIPT PRINTED
STORE SURVEY PRINTED
END OF TRANSACTION #1313   END:10:38 AM
```











# Goodfellow &CO

Where style & fit are always in good company.

Only at ⊙

## Shop by category

Jackets

Shirts

Tees

Jeans

Chinos

Scarves





Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 121 of 143

040090371

You're shopping (closes at 10pm):
**Chesapeake Sq Mall** ⌄

🛍 **Shopping Same Day Delivery?**
Try our dedicated shopping experience

**Pickup, delivery & in stores**

"040090371"
1 result

Sold by ⌄   Sort by **Relevance** ⌄

☐ 🏷 In-store pickup
☐ 🛒 Buy it at the store
☐ 📦 Shipping

**More Filters**

⌃ **Category**
Men
Kids

⌃ **Sold by**
☐ Target

⌃ **Price**
☐ $15 – $25
[ $ ] to [ $$$ ]



**Jockey Generation™ Men's Stay
New Cotton 3pk V-Neck T-Shirt**
Jockey Generation
★★★★½ 41

☐ ⬛ ⌄

$18.00

Free 2-day shipping with $35 orders




You're shopping (closes at 10pm):
Chesapeake Sq Mall ∨

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ∨ More

 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

### Pickup, delivery & in stores

"002020942"
1 result

Sold by ∨    Sort by **Relevance** ∨

☐ 🏪 In-store pickup

☐ 🏪 Buy it at the store

☐ 📦 Shipping

### More Filters

⌃ **Category**
Home

⌃ **Sold by**
☐ Target

⌃ **Price**
☐ $0 – $15

[ $ ] to [ $$$ ]



Sterilite 18 Gal Latch & Carry
Clear with Blue Lid and Blue
Latches
Sterilite
⭐⭐⭐⭐⭐ 37
$12.99
Shipping not available

```
        T2080  Charlotte North
            Charlotte, NC

        2020-09-07 16:55:43

           SALES

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   ROOM ESENTLS (ea @ $4)      $  4.00

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   ROOM ESENTLS (ea @ $4)      $  4.00

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   ROOM ESENTLS (ea @ $4)      $  4.00

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   RUBBERMAID (ea @ $15.99)    $ 15.99

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   VISA 200+6 (ea @ $206)      $ 206.00

              SN: 2290000027220011853436206

                        SUBTOTAL          $ 233.99

              T1=TAX 7.250 % on $ 27.99    $  2.03

                        TOTAL             $ 236.02

   * 7911         MASTERCARD              $ 236.02

   * EXP 2404     CEDS# 1023493479687911

      RECEIPT ID# 0251-2080-0163-2336
```



Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 125 of 143

Categories ⌄    Deals ⌄    What's New ⌄    Pickup & Delivery ⌄

002020027

You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry    Weekly Ad    RedCard    Gift Cards    Find Stores    Orders    ♡    ⌄ More

🛍 **Shopping Same Day Delivery?**

Try our dedicated shopping experience



### Pickup, delivery & in stores

**"002020027"**
1 result

Sold by ⌄          Sort by Relevance ⌄

☐ 🏪 In-store pickup

☐ 🛒 Buy it at the store

☐ 🛍 Shipping

**More Filters**

⌃ Category
Home

⌃ Sold by
☐ Target

⌃ Price
☐ $0 – $15

$ ___  to  $$$ ___

**Ezy Storage 50L/52.8qt Karton Clear Storage Box**
Ezy Storage
★★★★☆ 1

$6.99

Shipping not available
Not at Chesapeake Sq Mall



T2080  Charlotte North
Charlotte, NC

2020-07-28 10:31:33

SALES

| 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 | PRTHVS TEE U (ea @ $22.99) | $ 22.99 |
| | PROMOTION | $ -2.50 |
| 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 | PRTHVS TEE U (ea @ $22.99) | $ 22.99 |
| | PROMOTION | $ -2.50 |
| 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 | PROJCT PHONX (ea @ $30) | $ 30.00 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | BATH TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | HAND TOWEL (ea @ $2.75) | $ 2.75 |
| 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 | 4CT 1MM GEL (ea @ $5.29) | $ 5.29 |
| 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 | PENS (ea @ $7.19) | $ 7.19 |
| 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 | PKWY CASUAL (ea @ $12.99) | $ 12.99 |

#041221445817987
NEW BAL: $5.00

#041221445817987
NEW BAL: $5.00

| | SUBTOTAL | $ 142.70 |
| | Miscellaneous Discounts | $ -5.00 |
| | T1=TAX 7.250 % on $ 137.70 | $ 9.98 |
| | TOTAL | $ 152.68 |
| * 7911 | MASTERCARD | $ 152.68 |
| * EXP 2404 | CEDS# 1023493479687911 | |

RECEIPT ID# 0210-2080-0160-1251

You're shopping (closes at 10pm):
**Chesapeake Sq Mall** ⌄

**Pickup, delivery & in stores**

**"290000027"**
1 result

Sold by ⌄   Sort by **Relevance** ⌄

☐ 🔴 In-store pickup
☐ 🔴 Buy it at the store
☐ 🔴 Shipping

**More Filters**

⌃ Sold by
  ☐ Target

⌃ Price
  ☐ $200 – $300

  $ [        ] to [   $$$   ]

  [ Apply ]

⌄ Type

⌄ Brand

⌄ Guest Rating



**Visa Prepaid Card - $200 + $6 Fee**  ♡
Visa
★★★☆☆ 32
$206.00

[ Add to cart ]



Sign in

1 🛒

You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ⌄ More

🔴 **Shopping Same Day Delivery?**
Try our dedicated shopping experience

**"085020771"**
1 result

Sold by ⌄     Sort by Relevance ⌄

**Pickup, delivery & in stores**

☐ 🔴 In-store pickup
☐ 🔴 Buy it at the store
☐ 🟤 Shipping

**More Filters**

⌃ Category
Home

⌃ Sold by
☐ Target

⌃ Price
☐ $15 – $25
$ _____ to $$$ _____



**General Electric 100w 2pk Refresh Daylight Equivalent A21 LED HD**
General Electric
⭐⭐⭐⭐☆ 12

$21.49
Free standard shipping with $35 orders



Case 3:21-cv-00072-RJC-DSC    Document 32-4    Filed 04/11/22    Page 131 of 143



 
You're shopping (closes at 10pm):
Chesapeake Sq Mall ˅

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ˅ More

🛍 **Shopping Same Day Delivery?**
Try our dedicated shopping experience

### Pickup, delivery & in stores

☐ 🏷 In-store pickup
☐ 🏷 Buy it at the store
☐ 📦 Shipping

### More Filters

˄ **Category**
Beauty
Personal Care
Health

˄ **Sold by**
☐ Target

˄ **Price**
☐ $0 – $15

**"049002407"**
1 result

[ Sold by ˅ ]  [ Sort by **Relevance** ˅ ]





**No. 06 Cedarwood & Geranium Body Wash - 16 fl oz - Goodfellow & Co™**
Goodfellow & Co
★★★★☆ 31

$5.99
📣 Spend $40 get a $10 gift card on select beauty items

Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 133 of 143



Case 3:21-cv-00072-RJC-DSC   Document 32-4   Filed 04/11/22   Page 134 of 143



049061748

Shopping Same Day Delivery?

Try our dedicated shopping experience

**"049061748"**

1 result

Sold by

Sort by Relevance

Pickup, delivery & in stores

- In-store pickup
- Buy it at the store
- Shipping

**More Filters**

Category

Beauty
Personal Care

Sold by

- Target

Price

- $0 – $15

$ to $$$

Harry's Men's Shave Gel

Harry's

★★★★★ 109

$2.99 - $17.79

Free 2-day shipping with $35 orders
In stock at Chesapeake Sq Mall
Ready within 2 hours with pickup

You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

Registry   Weekly Ad   RedCard   Gift Cards   Find Stores   Orders   ♡   ⌄ More

🛍 **Shopping Same Day Delivery?**

Try our dedicated shopping experience



**Pickup, delivery & in stores**

☐ 🏬 In-store pickup

☐ 🏪 Buy it at the store

☐ 📦 Shipping

**More Filters**

⌃ Category
   Beauty
   Personal Care
   Health

⌃ Sold by
   ☐ Target

⌃ Price
   ☐ $0 – $15

"**049000773**"

1 result

Sold by ⌄    Sort by Relevance ⌄



**Dove Sensitive Skin Body Wash - 22 fl oz** ♡

Dove Beauty

⭐⭐⭐⭐⭐ 7078

$5.99 - $37.49

🏷 Spend $40 get a $10 gift card on select beauty items



You're shopping (closes at 10pm):
Chesapeake Sq Mall ⌄

🛍 **Shopping Same Day Delivery?**

Try our dedicated shopping experience



### "049006369"

1 result

Sold by  Sort by Relevance

**Pickup, delivery & in stores**

☐ 🔴 In-store pickup
☐ 🔴 Buy it at the store
☐ 🟤 Shipping

**More Filters**

⌃ Category
 Beauty
 Personal Care
 Health

⌃ Sold by
 ☐ Target

⌃ Price
 ☐ $0 – $15



Duke Cannon THICK High
Viscosity Body Wash Productivity
- 17.5 fl oz
Duke Cannon Supply Co.
⭐⭐⭐⭐⭐ 149

$6.99

🏷 Spend $40 get a $10 gift card on select beauty
 items

Case 3:21-cv-00072-RJC-DSC    Document 32-4    Filed 04/11/22    Page 138 of 143

049061074

🛍 **Shopping Same Day Delivery?**

Try our dedicated shopping experience

**"049061074"**

1 result

Sold by ⌄     Sort by **Relevance** ⌄



**Pickup, delivery & in stores**

☐ 🏷 In-store pickup
☐ 🏪 Buy it at the store
☐ 📦 Shipping

**More Filters**

⌃ **Category**

Beauty
Personal Care
Health

⌃ **Sold by**

☐ Target

⌃ **Price**

☐ $0 – $15
☐ $15 – $25

**Gillette Styler Men's 3-in-1
Trimmer, Razor & Edger**

Gillette

★★★★☆ 856

$18.19

🛍 Spend $40 get a $10 gift card on select beauty
items

Free 2-day shipping with $35 orders

9103362865 - Inb....mp3                                    Show all



Case 3:21-cv-00072-RJC-DSC    Document 32-4    Filed 04/11/22    Page 140 of 143





Case 3:21-cv-00072-RJC-DSC     Document 32-4     Filed 04/11/22     Page 142 of 143

