# Priority Automotive Huntersville, Inc. General Manager Compensation Plan

**Compensation:** $5,000 monthly salary (paid on the last day of every month)

**Commission:** 10% of "Net Profit Before Bonuses and Income Tax. (Line 70 page 2 of the Honda monthly dealer financial statement excluding dealership packs not included on the financial statement.) The commission is an annual calculation paid monthly. Any overpayments on a year to date basis will be subtracted from future monthly commission payments. (Paid on the 15th of the subsequent month)

Final settlement for any amounts outstanding or due to the company is to be made after the year-end audit conducted by the company's outside accounting firm. In the event of an audit or charge-back by Honda Motor America (HMA), which affects the yearly profit of the company will call for an additional settlement. For example, if $150,000 is paid during FYE 2014 as total commission and a HMA audit conducted in FYE 2015 results in a $10,000 charge-back to the company, $1,000 would be paid back to the company by the General Manager. In the event the audit results in $10,000 additional income to the company, the General Manager would be paid an additional $1,000.

**One Year Guarantee:** A minimum compensation of $40,000 Per month will be paid should this amount be greater than that due under the above.

**Monthly Bonuses**
1. **Out Sell Honda of Hickory = $5,000** (will be paid for each month that the store outsells Hickory Honda in New Hondas—will stay in effect until 2021)
2. **Out Sell Honda of Concord = $100,000** (out sell Honda of Concord in New Honda volume—this bonus will stay in effect until achieved—paid once)
3. **Hit the Monthly New Car Honda Objective = $20,000** (this will be paid for each month that the store hits the objective number in 2019)
4. **Achieve 20% Gross to Net for the month = $50,000** (paid once upon achievement)
5. **Achieve 25% Gross to Net for the month = $50,000** (paid once upon achievement) Example: If the store achieves 25% gross to net prior to ever achieving 20%, then the bonus would pay out retroactively—meaning the bonus would be a one-time payment of $100,000 ($50,000 for achieving 20% and another $50,000 for achieving 25% in the same month)
6. **Achieve $1100 net PVR in F&I for the month = $25,000** (paid once upon achievement)
7. **125 Used Vehicles sold @ $1300 Average Front-End Gross = $25,000** (paid once upon achievement)

**\*\*All bonuses will be paid out immediately upon completion of the monthly financial statement**

**Annual Bonuses:**
1. Achieve Presidents Award = $100,000
2. Achieve 22%+ gross to net for the year = $100,000

Two Demonstrators
Gas for General Manager only

X _____ Date: 7/24/19
Matthew Ellmer
Chief Operating Officer
Priority Automotive Huntersville, Inc.

X _____ Date: 7/19/19
James Beckley
General Manager
Priority Automotive Huntersville, Inc.

# PERSONNEL MEMO

Location: HUNTERSVILLE
Employee Name: JAMES (JB) BECKLEY
Employee #: 90207
Effective Date: 7/19/19

## RECORD CHANGE

___ Transfer  From _____  To _____
___ Resigned
___ Discharged ____ GM  ___ Leave of Absence  Date From _____ Date To _____
(Provide explanation below)  Purpose _____
___ Eligible For  ☐ Yes
Rehire?  ☐ No
___ FMLA 1st Day Out _____

Change Of Address:
_____
_____

## PAYROLL NOTIFICATION

**X** Enter on Payroll  Position: GM
**X** Pay Plan Attached  Hourly Rate $ _____
___ Change Rate  Old Rate _____
___ Pay Off and Remove From Payroll

☐ Clock Hour  ☐ Prod. Hour
New Rate **$5,000 salary**
GM Initials ____

REQUEST FOR  ☐ VACATION PAY  ☐ SICK PAY (Send Directly to Payroll)
For Dates: _____
Amount $ ____

## CORRECTION • DISCIPLINARY ACTION • DISCHARGE

___ Verbal Correction  ___ Written Correction (Requires Employee Signature)

Explanation:
_____
_____
_____

Action To Be Taken:
_____
_____

Remarks of Offender (Absence of a statement indicates agreement with description of offense listed above). Use back if necessary.

Employee Signature: _____ / [signature]
Print Name: _____

Department Manager: / _____
Print Name: MATT ELLMER

Office Use Only