**Julie Wells**

| | |
|---|---|
| From: | noreply@salesforce.com on behalf of Vrbo Customer Support |
| Sent: | Thursday, April 22, 2021 1:16 PM |
| To: | julie.wells@priorityauto.com |
| Subject: | Vrbo Case 31356091    [ ref:_00D1aZzRr._5001P1D3fE3:ref ] |



Dear Julie,

RES ID: HA-341Y78
Property ID: VRBO/1928636
PAYMENT DATE: Aug 10, 2020 04:49:22 AM UTC
STATUS:COMPLETE
PAYMENT TYPE:CREDIT_CARD
TRANSACTION TYPE:PAYMENT
ADDITIONAL INFO: James Beckley (MASTERCARD )

Aug 10, 2020 04:34:54 AM UTCS

| | |
|---|---|
| 3 Night(s) | $3,000.00 |
| Traveler Service Fee | $304.00 |
| Cleaning Fee | $200.00 |
| Stay Tax | $416.00 |
| **Total Paid by Traveler** | **$3,920.00** |

Visit help.vrbo.com for answers to frequently asked questions.

Best regards,

Vrbo.com Customer Support

---------------------------------------

ref:_00D1aZzRr._5001P1D3fE3:ref



ref:_00D1aZzRr._5001P1D3fE3:ref

**MASTERCARD PURCHASING CARD**

**ACCOUNT NUMBER ENDING IN: 3508**

## TRANSACTIONS (continued)

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 08/07 | 08/10 | 5530876KDFXP97V4A | SHELL OIL 57546387705 CHARLOTTE NC<br>MCC: 5542 MERCHANT ZIP:<br>SALES TAX: $ 0.00 TAX INCLUDED: | $11.58 |
| 08/08 | 08/10 | 0541019KE2LRGP9DT | TARGET 00020909 CHARLOTTE NC<br>MCC: 5411 MERCHANT ZIP:<br>SALES TAX: $ 10.95 TAX INCLUDED: Y | $161.92 |
| 08/08 | 08/10 | 5542950KDJHRXMM3V | FBPAY - FUNDRAISER 2312321323 CA<br>MCC: 8398 MERCHANT ZIP: 94025<br>SALES TAX: $ 0.00 TAX INCLUDED: | $200.00 |
| 08/08 | 08/10 | 0543684KE007PW5DA | WALGREENS #09184 CHARLOTTE NC<br>MCC: 5912 MERCHANT ZIP: 28277<br>SALES TAX: $ 2.72 TAX INCLUDED: Y<br>CUSTOMER CODE: NONE | $296.12 |
| 08/08 | 08/10 | 0514048KE3FRDDW19 | FAST PHILS 129 HUNTERSVILLE NC<br>MCC: 5541 MERCHANT ZIP:<br>SALES TAX: $ 1.09 TAX INCLUDED: | $19.91 |
| 08/09 | 08/10 | 5543286KF5SBMVT99 | ZAXBY'S #44301 HUNTERSVILLE NC<br>MCC: 5814 MERCHANT ZIP: | $31.89 |
| 08/10 | 08/10 | 5543286KF5SA5DNKE | **VRBO HA341Y78 512-759-0902 TX**<br>**MCC: 6513 MERCHANT ZIP:** | **$3,920.00** |
| 08/09 | 08/11 | 2541575KF00WJZQPY | PITT STOP CITGO HUNTERSVILLE NC<br>MCC: 5542 MERCHANT ZIP:<br>SALES TAX: $ 0.00 TAX INCLUDED: | $29.08 |
| 08/09 | 08/11 | 0548680KGB01B9V6Z | EXXONMOBIL 47914635 INDIAN LAND SC<br>MCC: 5542 MERCHANT ZIP:<br>SALES TAX: $ 0.00 TAX INCLUDED: | $35.83 |
| 08/10 | 08/12 | 0514048KGLM81M4KN | CHICK-FIL-A #01890 CHARLOTTE NC<br>MCC: 5814 MERCHANT ZIP:<br>SALES TAX: $ 0.00 TAX INCLUDED: | $2.26 |
| 08/12 | 08/13 | 5543286KJ5V1MYMBY | NORTHERN TOOL EQUIP NC CHARLOTTE NC<br>MCC: 5251 MERCHANT ZIP:<br>SALES TAX: $ 6.91 TAX INCLUDED: Y<br>CUSTOMER CODE: 00000000000000000 | $108.77 |
| 08/12 | 08/13 | 5230186KJ0EWVYBGT | SUNOCO 0621090000 QPS LA CROSSE VA<br>MCC: 5542 MERCHANT ZIP:<br>SALES TAX: $ 0.00 TAX INCLUDED: | $22.99 |
| 08/12 | 08/13 | 5230186KJ0EWVYBR0 | SUNOCO 0621090000 QPS LA CROSSE VA<br>MCC: 5541 MERCHANT ZIP:<br>SALES TAX: $ 0.00 TAX INCLUDED: | $16.99 |
| 08/12 | 08/13 | 5230186KJ0EWVYBTS | SUNOCO 0621090000 QPS LA CROSSE VA<br>MCC: 5541 MERCHANT ZIP:<br>SALES TAX: $ 0.00 TAX INCLUDED: | $21.36 |
| 08/12 | 08/14 | 5530876KJFXK8FWF3 | SHELL OIL 910023929QPS PINEVILLE NC<br>MCC: 5542 MERCHANT ZIP:<br>SALES TAX: $ 0.00 TAX INCLUDED: | $50.11 |

Transactions continued on next page

MASTERCARD PURCHASING CARD                              ACCOUNT NUMBER ENDING IN: 3508

## TRANSACTIONS (continued)

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 08/12 | 08/14 | 0514048KJ3FRD790A | FAST PHILS 129 HUNTERSVILLE NC | $31.23 |
| | | | MCC: 5542   MERCHANT ZIP: | |
| | | | SALES TAX: $   2.11  TAX INCLUDED: | |
| 08/13 | 08/14 | 5543286KK5SBT0KFV | LKN TOOLS, INC. CORNELIUS NC | $301.37 |
| | | | MCC: 5072   MERCHANT ZIP: | |
| 08/13 | 08/14 | 5230186KK0EWVYZN3 | SUNOCO 0621090000 QPS LA CROSSE VA | $25.94 |
| | | | MCC: 5542   MERCHANT ZIP: | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| 08/13 | 08/14 | 5230186KK0EWVYZSG | SUNOCO 0621090000 QPS LA CROSSE VA | $5.19 |
| | | | MCC: 5541   MERCHANT ZIP: | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| 08/13 | 08/16 | 5530876KKFXLKDG2Y | SHELL OIL 910023929QPS PINEVILLE NC | $33.11 |
| | | | MCC: 5542   MERCHANT ZIP: | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| 08/13 | 08/16 | 2230379KK018H2GLT | 7-ELEVEN 35564 PINEVILLE NC | $20.00 |
| | | | MCC: 5541   MERCHANT ZIP: | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| 08/14 | 08/17 | 5526352KLRBGHJAYL | ENMARKET # 880 WALTERBORO SC | $22.69 |
| | | | MCC: 5542   MERCHANT ZIP: | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| 08/14 | 08/17 | 5530876KLFXRQGQEV | SHELL OIL 910023929QPS PINEVILLE NC | $21.12 |
| | | | MCC: 5542   MERCHANT ZIP: | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| 08/14 | 08/17 | 7550499KMS66GFL0J | L A VAPORS ELITE SMOKE PINEVILLE CA | $300.26 |
| | | | MCC: 5399   MERCHANT ZIP: | |
| 08/15 | 08/17 | 0548680KMB01D4HJG | EXXONMOBIL  99049967 JACKSONVILLE FL | $27.92 |
| | | | MCC: 5542   MERCHANT ZIP: | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| 08/15 | 08/17 | 1527021KL003R1M7P | FACEBK KMS5ATJ5A2 MENLO PARK CA | $96.16 |
| | | | MCC: 7311   MERCHANT ZIP: 940251452 | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| | | | CUSTOMER CODE: 2924676094311105 | |
| 08/17 | 08/18 | 0541019KN63JL4VJJ | PILOT       00045674 ROCK HILL SC | $28.35 |
| | | | MCC: 5542   MERCHANT ZIP: | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| 08/17 | 08/18 | 0543684KN8PJEJ0G4 | HUNTERSVILLE FORD      704-875-6547 NC | $20.08 |
| | | | MCC: 5511   MERCHANT ZIP: 28070 | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: N | |
| 08/17 | 08/19 | 0541019KP37VXFS75 | LOVES TRAVEL S00004051 BRUNSWICK GA | $16.02 |
| | | | MCC: 5542   MERCHANT ZIP: | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| 08/18 | 08/19 | 0541019KPEM186E58 | BESTBUYCOM806283917591  888-BESTBUY MN | $1,072.49 |
| | | | MCC: 5732   MERCHANT ZIP: | |
| | | | SALES TAX: $  69.00  TAX INCLUDED: Y | |
| 08/19 | 08/20 | 0548680KTB01H60WP | EXXONMOBIL  47893763 STALLINGS NC | $47.67 |

Transactions continued on next page