

Case 3:21-cv-00072-BJC-DBC   Document 32-6   Filed 04/14/22   Page 3 of 19

Case 3:21-cv-00072-RJC-DSC   Document 32-8   Filed 04/11/22   Page 5 of 19

Case 3:21-cv-00072-RJC-DSC   Document 32-8   Filed 04/11/22   Page 7 of 19

Case 3:21-cv-00072-RJC-DSC   Document 32-8   Filed 04/11/22   Page 9 of 19

Case 3:21-cv-00072-RJC-DSC   Document 32-8   Filed 04/11/22   Page 12 of 19

Case 3:21-cv-00072-RJC-DSC   Document 32-6   Filed 04/11/22   Page 15 of 19

Case 3:21-cv-00072-RJC-DSC   Document 32-8   Filed 04/11/22   Page 18 of 19

