Front Image

**Priority Honda Huntersville**
12815 Statesville Rd.
Huntersville, NC 28078
Phone - (704) 875-3232 · Fax - (704) 659-2993
www.priorityhondacharlotte.com

**SunTrust**
SunTrust Bank
Norfolk, VA

307820

307820   68-02/510

| DATE | PAY THIS AMOUNT | AMOUNT OF CHECK |
|---|---|---|
| 22MAY20 | ******65,062 DOLLARS 43 CENTS | *****65,062.43 |

MAY 27 2020

GMFINANCE-PAYOFF

Priority Honda Huntersville
VOID AFTER 90 DAYS

TO THE ORDER OF
GM FINANCIAL
4100 EMBARCADERO DR
ARLINGTON TX 76014

112006133631

(AUTHORIZED SIGNATURE)

Case 3:21-cv-00072-RJC-DSC   Document 32-9   Filed 04/11/22   Page 1 of 1