

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2018 Cadillac Escalade Utility 4D Platinum 4WD 6.2L V8 |
| Region: | Southeastern |
| Period: | June 18, 2020 |
| VIN: | 1GYS4DKJ3JR200016 |
| Mileage: | 39,852 |

## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Trade-In** | | | | |
| Rough | $49,150 | N/A | N/A | **$49,150** |
| Average | $51,750 | N/A | N/A | **$51,750** |
| Clean | $53,925 | N/A | N/A | **$53,925** |
| Clean Retail | $56,725 | N/A | N/A | **$56,725** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Rear Entertainment System | w/body | w/body |
| Power Running Boards | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2020 J.D. Power