American International Group, Inc.
PO Box 25565
Shawnee Mission, KS 66225

Electronic Service Requested

PRIORITY AUTOMOTIVE GROUP
160 W WASHINGTON ST
OFFICE OF THE GENERAL COUNCIL
SUFFOLK, VA 23434-5229

Check No.: 10964217
RFP No.: 084180
Check Date: 10/17/2020
Check Amount: 51,425.00
Insured: PRIORITY AUTO GROUP INC.

Claimant: PRIORITY HONDA HUNTERSVILLE

Claim Office: 075
Insuring Company: LEXINGTON INSURANCE COMPANY

Payee Name: PRIORITY HONDA HUNTERSVILLE

| Policy No. | Claim No. | Symbol | Date of Loss | Type | Status | Amount |
|---|---|---|---|---|---|---|
| 000060368381 | 00017356 | 001 | 06/18/2020 | IND | C | 51,425.00 |
| | | | | | Total Amount | 51,425.00 |

**Reason for Payment**
CLM#: 200016 2018 ESCALADE ATTN: LORI BUTTS C

Use File # 075/00017356 on all correspondence for prompt processing.
For check information call: 617-330-8570

---

LEXINGTON INSURANCE COMPANY                                      50-937/213

Claim No: 00017356   Policy No.: 000060368381                CHECK No. 10964217
Reason for Payment   CLM#: 200016 2018 ESCALADE ATTN: LORI BUTTS C   RFP No. 00084180
                                                              DATE 10/17/2020
*********Fifty One Thousand Four Hundred Twenty Five Dollars***
                                                              AMOUNT PAID
                                              Void after 90 Days   ******$51,425.00

PAY       PRIORITY HONDA HUNTERSVILLE
TO THE    12815 STATESVILLE RD.
ORDER OF  HUNTERSVILLE
          NC, 28078
                                                              AUTHORIZED SIGNATURE

JPMORGAN CHASE BANK, N.A.
SYRACUSE, NY 13206

⑆10964217⑆ ⑉021309379⑉ 7864 2056 2⑈

PCOVERFORM

**AIG Shared Services**
Attn: Corporate Treasury Checks
17200 W. 119th St.
Olathe, KS 66061

202010190201

Electronic Service Requested



1 OF 2

ENV 136

136 0.0236

Priority Autmotive Group
Lori Butts
Office of the General Council
160 West Washington Street
Suffolk, VA 23434

