

**[secure] $42K Counter Withdrawal | Priority Honda Huntersville**

From: Miller.Kathy.S
To: Mark Pacomio
Cc:
Sent: 11/17/2020 10:49:53 AM
Attachments: CC Huntersville.pdf

Hi Mark,

Copy of Official Check below. The check was deposited at Pinnacle Bank, Nashville, TN.

Thank you,
Kathy

| Capture Date | Sequence Number | Aux OnUs | P/C | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|---|
| 08/14/2019 | 75092581 | | 5301019648 | $42,000.00 | 08/14/2019 | 7019019996 |

**SunTrust Official Check** 5301019648

Purchaser: Priority Honda of Huntersville
Date: August 12, 2019
Cost Center: 8000279
Pay: FORTY TWO THOUSAND DOLLARS and 00 CENTS — $42000.00
To the Order of: Jason T Rogers
Memo: Purchase for Mr. Gibbons

SunTrust Banks, Inc. by an Authorized Agent
SunTrust Bank
Authorized Signature
Payable at SunTrust Bank

⑆5301019648⑆ ⑆061100790⑆ 7019019996⑆

15428080012200
15428080012200 08-13-2019 >064008637<
Pinnacle Bank Nashville TN

Kathy S. Miller
Bank Officer, Commercial Client Specialist / SunTrust now Truist / 150 W. Main Street 14th Floor / Norfolk, VA 23510
Office 757.624.5606 / Fax 757.616.0495 / Mail Code VA NOR 2102 kathy.s.miller@suntrust.com

Case 3:21-cv-00072-RJC-DSC   Document 32-13   Filed 04/11/22   Page 1 of 2

**From:** Miller.Kathy.S
**Sent:** Monday, November 16, 2020 3:14 PM
**To:** 'Mark Pacomio'
**Subject:** [secure] $42K Counter Withdrawal | Priority Honda Huntersville

Hi Mark,

I have attached the Official Check purchase receipt.

The check was purchased at the Lake Norman Branch in Huntersville, NC by James Beckley, Priority Honda Huntersville and made payable to a Jason T Rodgers. I have also submitted a research request to obtain a copy of the Official Check as it may tell us where Jason T Rodgers presented the check for cashing and/or depositing.

Thanks,
Kathy

Kathy S. Miller
Bank Officer, Commercial Client Specialist / SunTrust now Truist / 150 W. Main Street 14th Floor / Norfolk, VA 23510
Office 757.624.5606 / Fax 757.616.0495 / Mail Code VA NOR 2102 kathy.s.miller@suntrust.com

---

**From:** Mark Pacomio [mailto:mark.pacomio@priorityauto.com]
**Sent:** Monday, November 16, 2020 11:59 AM
**To:** Miller.Kathy.S
**Subject:** $42K Counter Withdrawal | Priority Honda Huntersville

Ms. Kathy,

Can you take a look at the attached?

I am being told that this transaction last year was for a cashier's check. Are you able to obtain a copy of the check and let me know how, when, where the check was cashed?

Thank you so much!

~MP
LEGAL DISCLAIMER
The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.
[ST:XCL]