# BILL OF SALE

Date Sold: 8/13/19

**SELLER'S**
Printed Name: Jason Rogers
Address: 1583 Hunt Club Blvd
City: Gallatin
State: TN  Zip: 37066
Home Phone: 615-642-4276
Cell Phone: "
Work: "

**BUYER'S**
Printed Name: _____
Address: _____
City: _____
State: _____ Zip: _____
Home Phone: _____
Cell Phone: _____
Work: _____

### INFORMATION ON ITEM THAT WAS SOLD

Vehicle sold in "AS IS" condition with No Warranty.
2015 Jeep Wrangler
Vin # 1C4AJWAG9FL744577   Mileage 16,611

For the sum of: $43,000.00 , Paid at form of $42,000 check # 5301019648
$1,000.00 Paypal Deposit

I, THE UNDERSIGNED, HEREBY SWEAR OR AFFIRM THAT I, THE SELLER OF THE ITEM DESCRIBED HEREIN AND THAT THE INFORMATION PROVIDED IN THIS BILL OF SALE IS TRUE AND CORRECT TO THE BEST OF MY BELIEF.

Signature of Seller: [signed]   Date: 8/13/19
Signature of Buyer: [signed]    Date: 8/18/19
                                Date: 8/13/19

① Witness
② Buyer Witness: