P.O. Box 10631
12815 Statesville Road
Huntersville, NC 28078

**PRIORITY**

(704) 875-3232
803-366-5650 Fax

DEAL # _____
Date __08/19/2019__
Sales Rep. __George Billett__

| Field | Value |
|---|---|
| Name | Phil Gibbons |
| Cobuyer | |
| Home# | |
| Cell# | (704) 808-0277 |
| Address | |
| City | |
| County | |
| St | |
| Zip | |
| DOB | / / |

NEW / USED / 5 SP / AUTO

| | | | | |
|---|---|---|---|---|
| Stock# | HP744577 | Vin Number | 1C4AJWAG4FL744577 | Cyl ___ Yr 2015 |
| Make | Jeep | Model | Wrangler | Body Sport 2dr 4x4 |
| Color | Billet Silver | Mileage | 16600 | Email phil@gibbonsleis.com |

Checklist:
- Copy of Drivers License
- Completed Mgm't Signed Appraisal Form
- Title to Trade
- Completed Payoff Info. (15 day)
- Registration/Copy of Plate
- Completed/Signed Credit Application
- Privacy Notice    — Risk Based Pricing
- We Owe    — ITPP
- Carfax/Buyers Guide    — Accessory Sheet
- Insurance Completed & Verified
- Owner Survey

| | |
|---|---|
| MSRP | 42,000.00 |
| ACCESSORIES OR WE OWE | |
| OIL CHANGES FOR LIFE | .00 |
| STATE INSPECTION FOR LIFE | .00 |
| TOWING FOR LIFE | .00 |
| PRIORITIES FOR LIFE | .00 |
| $2400 VALUE | .00 |

PAYOFF TO:
ADDRESS:

ACCT. #
AMT. 31,870.00   GOOD UNTIL 8/19/2019
PER DIEM
QUOTED BY
VERIFIED BY

LIEN TO:
ADDRESS:

DATE:

RECEIPT #

| | |
|---|---|
| SUB TOTAL | 42,000.00 |
| SALES TAX | 173.97 |
| SRVC AGREEMENT | |
| CLOSING FEE | 799.00 |
| TAG/TITLES FEE | 218.00 |
| TOTAL CASH PRICE | 43,190.97 |

PAYMENT WITH ORDER - Not Returnable After 7 Days.

TRADE I.D. NO. __1C4BJWFG1FL572165__
YEAR __2015__  MAKE __JEEP__  MODEL __WRANGLER UNLIMITED__
BODY ____  COLOR ____  MILEAGE __26685__
ALLOWANCE __37,000.00__   BALANCE OWED __31,870.00__

*5000 COVERED BY COMPANY*

| | |
|---|---|
| NET EQUITY | 5,130.00 |
| PARTIAL PAYMENT | 7,060.97 |
| TOTAL DOWN PAYMENT | 12,190.97 |
| UNPAID BALANCE | 31,000.00 |

INSURANCE AGENT
ADDRESS
PHONE NUMBER
INSURANCE COMP.
POLICY NUMBER
EFFECTIVE DATES
DEDUCTIBLE    COLL.    COMP.
VERIFIED BY
Signature _[signature]_