

| Date | Sequence Number | Account Number | Amount | Serial Number |
|---|---|---|---|---|
| 08/06/2019 | 75189155 | 1000092092294 | $1,105.73 | 301973 |

Front Image



**Priority Honda Huntersville**
12815 Statesville Rd.
Huntersville, NC 28078
Phone - (704) 875-3232 · Fax - (704) 659-2993
www.priorityhondacharlotte.com

**SunTrust**
SunTrust Bank
Norfolk, VA

301973
68-02/510

DATE: 05AUG19

PAY THIS AMOUNT: *******1,105 DOLLARS 73 CENTS

AMOUNT OF CHECK: ******1,105.73

90204

Priority Honda Huntersville
VOID AFTER 90 DAYS

(AUTHORIZED SIGNATURE)

TO THE ORDER OF
JAMES EMIL BECKLEY
15486 DONNINGTON DR
CHARLOTTE NC 28277

⑈301973⑈ ⑆051000020⑆ 1000092092294⑈

Back Image

FOR DEPOSIT ONLY
STATE EMPLOYEES' CREDIT UNION
HUNTERSVILLE-232
BOX# P403



**Image Details** | Zoom Front Image | Zoom Back Image | Zoom Both Images | Print

| Date | Sequence Number | Account Number | Amount | Serial Number |
| --- | --- | --- | --- | --- |
| 08/13/2019 | 29199431 | 1000092092294 | $835.51 | 302208 |

Front Image



Back Image





| Date | Sequence Number | Account Number | Amount | Serial Number |
|---|---|---|---|---|
| 09/05/2019 | 74060079 | 1000092092294 | $1,834.83 | 302600 |

Front Image



Back Image





| Image Details | | | | |
|---|---|---|---|---|
| Date | Sequence Number | Account Number | Amount | Serial Number |
| 10/04/2019 | 74066777 | 1000092092294 | $2,333.91 | 303206 |

Front Image

**Priority Honda Huntersville**
12815 Statesville Rd.
Huntersville, NC 28078
Phone - (704) 875-3232 · Fax - (704) 659-2993
www.priorityhondacharlotte.com

SunTrust Bank, Norfolk, VA

303206
68-02/510

DATE: 03OCT19

PAY THIS AMOUNT: ******2,333 DOLLARS 91 CENTS
AMOUNT OF CHECK: ******2,333.91

90204

TO THE ORDER OF:
JAMES EMIL BECKLEY
15486 DONNINGTON DR
CHARLOTTE NC 28277-1675

Priority Honda Huntersville
VOID AFTER 90 DAYS
(AUTHORIZED SIGNATURE)

⑆303206⑆ ⑈051000020⑈ 1000092092294⑈

Back Image

FOR DEPOSIT ONLY
STATE EMPLOYEES' CREDIT UNION
HUNTERSVILLE-232 FSO# P402

| Image Details | Zoom Front Image | Zoom Back Image | Zoom Both Images | Print |
|---|---|---|---|---|

| Date | Sequence Number | Account Number | Amount | Serial Number |
|---|---|---|---|---|
| 10/28/2019 | 75094556 | 1000092092294 | $1,314.42 | 303720 |

Front Image



Back Image





**Image Details**

| Date | Sequence Number | Account Number | Amount | Serial Number |
|---|---|---|---|---|
| 11/19/2019 | 75122640 | 1000092092294 | $278.31 | 304184 |

Front Image



Back Image



### Image Details

[Zoom Front Image] [Zoom Back Image] [Zoom Both Images] [Print]

| Date | Sequence Number | Account Number | Amount | Serial Number |
|---|---|---|---|---|
| 11/22/2019 | 77085022 | 1000092092294 | $2,037.36 | 304288 |

**Front Image**



```
Priority Honda Huntersville                                    304288
12815 Statesville Rd.
Huntersville, NC 28078           dd/c      SunTrust
Phone - (704) 875-3232 - Fax - (704) 659-2993    SunTrust Bank      304288    68-02
www.priorityhondacharlotte.com               Norfolk, VA                      510

   DATE              PAY THIS AMOUNT                    AMOUNT OF CHECK
 21NOV19         *******2,037  DOLLARS  36  CENTS        ******2,037.36

                                                    Priority Honda Huntersville
                              90204                    VOID AFTER 90 DAYS

  TO
  THE   JAMES EMIL BECKLEY
 ORDER  15486 DONNINGTON DR
  OF    CHARLOTTE NC 28277-1675
                                                        (AUTHORIZED SIGNATURE)

  "304288"  :051000020:  1000092092294"
```

**Back Image**



FOR DEPOSIT ONLY
STATE EMPLOYEES CREDIT UNION
HUNTERSVILLE-232  BOX# P403

1/12/2021     SunView Treasury Manager Image Viewer



Case 3:21-cv-00072-RJC-DSC    Document 32-16    Filed 04/11/22    Page 8 of 15

https://www1-sunview.suntrust.com/s1gcb/bank/common/image/user/retrieveImage?postedDate=TW9uIEphbiAwNiAwMDowMDowMCBFU1QgMjAyM...    1/1



| Date | Sequence Number | Account Number | Amount | Serial Number |
|---|---|---|---|---|
| 01/14/2020 | 74108780 | 1000092092294 | $199.99 | 305034 |



| Image Details | Zoom Front Image | Zoom Back Image | Zoom Both Images | Print |
|---|---|---|---|---|
| Date | Sequence Number | Account Number | Amount | Serial Number |
| 01/22/2020 | 78055500 | 1000092092294 | $2,093.38 | 305421 |

<0.0xfb>
<0.0xfb>







| Image Details | Zoom Front Image | Zoom Back Image | Zoom Both Images | Print |
|---|---|---|---|---|
| Date | Sequence Number | Account Number | Amount | Serial Number |
| 09/23/2020 | 77023750 | 1000092092294 | $5,911.94 | 310303 |

Front Image



Back Image



| Image Details | Zoom Front Image | Zoom Back Image | Zoom Both Images | Print |

| Date | Sequence Number | Account Number | Amount | Serial Number |
|---|---|---|---|---|
| 09/30/2020 | 78054972 | 1000092092294 | $40.00 | 310424 |

Front Image



Back Image

