JAMES BECKLEY,

      Plaintiff,

v.

PRIORITY AUTO GROUP, INC.,

PRIORITY AUTOMOTIVE
HUNTERSVILLE, INC.,

DENNIS ELLMER and

MATTHEW ELLMER

      Defendants.

Case No. 3:21-cv-00072-RJC-DSC

## PRIORITY AUTOMOTIVE HUNTERSVILLE, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISQUALIFY PHILIP GIBBONS AND THE GIBBONS FIRM

Defendant and Counterclaimant Priority Automotive Huntersville, Inc. ("PAH") provides notice of its withdrawal of its motion to disqualify Philip J. Gibbons, Jr. ("Gibbons") and his firm Gibbons Law Group, PLLC f/k/a Gibbons Leis, PLLC (the "Gibbons Firm") (Docs. 35-36).

Dated:  April 26, 2022      Respectfully submitted,

      **PRIORITY AUTOMOTIVE HUNTERSVILLE, INC.,**

      By    /s/  Joshua F. P. Long

Joshua F. P. Long (N.C. Bar No. 26497)
WOODS ROGERS PLC
Wells Fargo Tower, Suite 1800
10 S. Jefferson Street
Roanoke, Virginia  24011
Telephone: (540) 983-7725
Facsimile: (540) 983-7711
jlong@woodsrogers.com

*Counsel for Defendants and Counterclaimant Priority Automotive Huntersville, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record.


/s/    Joshua F. P. Long