| | |
|---|---|
| JAMES BECKLEY, | ) |
| | ) |
|     Plaintiff, | ) CASE NO. 3:21-cv-0072-RJC-DSC |
| v. | ) |
| | ) UNOPPOSED MOTION TO WITHDRAW |
| PRIORITY AUTO GROUP, INC., | )     AS ATTORNEYS OF RECORD AND |
| PRIORITY AUTOMOTIVE | )         STAY PROCEEDING |
| HUNTERSVILLE, INC., DENNIS | ) |
| ELLMER and MATTHEW ELLMER | ) |
| | ) |
|     Defendants. | ) |

Plaintiff's counsel Philip J. Gibbons, Jr., and Corey M. Stanton and the law firm of Gibbons Law Group, PLLC (collectively "Plaintiff's Counsel"), respectfully move the Court pursuant to W.D.N.C. LR 83(f) and Rule 1.16 of the Rules of Professional Conduct of the North Carolina State Bar to allow Plaintiff's Counsel to withdraw from further representing Plaintiff James Beckley.  In support of this Motion, Plaintiff's Counsel show the Court as follows:

1.     Plaintiff engaged Plaintiff's Counsel to represent him in his employment lawsuit against Defendants Priority Auto Group, Inc., Priority Automotive Huntersville, Inc., Dennis Ellmer, and Matthew Ellmer.

2.     Withdrawal can be accomplished without material adverse effect on the interests of Plaintiff.  The Court has not entered a Pretrial Scheduling Order and Case Management at this time and no deadlines are currently pending.

3.     Plaintiff knowingly and freely consents to the withdrawal of Plaintiff's Counsel. Attached to this Motion as Exhibit A is the signed written consent of Plaintiff James Beckley.

4.     Plaintiff's Counsel has taken steps reasonably practicable to protect Plaintiff's interests including providing Plaintiff with all documents in his file and will continue to assist Plaintiff in finding suitable employment of other counsel.  However, to ensure Plaintiff is able to find adequate replacement counsel, Plaintiff's Counsel request the Court stay the case for an additional thirty (30) days.

5.     The last known address of Plaintiff is as follows:

James Beckley
2903 Pebble Creek Street
Melbourne, FL 32935

6.     Plaintiff's Counsel has conferred with Defendant's Counsel regarding the withdrawal of their representation of Plaintiff.  Defendant's Counsel does not oppose Plaintiff's Counsel's withdrawal in this matter.

WHEREFORE, Plaintiff's Counsel respectfully request they be allowed to withdraw as counsel for Plaintiff James Beckley in this matter.  Plaintiff's Counsel additionally requests the Court stay the matter for thirty (30) days to allow Plaintiff to find replacement counsel.

Respectfully submitted,

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB  #50276
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Ste 325
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
E-Mail: phil@gibbonslg.com
        corey@gibbonslg.com

2

## CERTIFICATE OF SERVICE

This is to certify that on April 26, 2022, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.
*Attorney for Plaintiff*

3