RECEIVED
Charlotte, NC

MAY 2 5 2022

Clerk, US District Court
Western District NC

**VIA FEDERAL EXPRESS OVERNIGHT**

May 25, 2022

Clerk of Court, Western District of North Carolina
United States Courthouse
Charles R. Jonas Federal Building
401 West Trade Street, Room 1301
Charlotte, NC 28202

*Re: Beckley v. Priority Auto Group, Inc., et al, 3:21-CV-00072-RJC-DSC, W.D.N.C.*

Dear Clerk of Court,

Enclosed please find Plaintiff's and Counterclaim Defendants' Motion for Extension of Time to Reply, Plead Or Otherwise Respond to Defendants' Answer for filing in the above matter. If you have any questions, please do not hesitate to contact us at: 321-446-8930

Thank you for your time,


James Beckley
Tanisha Beckley

Enclosure