SOSID: 1103753
Date Filed: 6/23/2009 2:48:00 PM
Elaine F. Marshall
North Carolina Secretary of State
C200917400193

**State of North Carolina**
**Department of the Secretary of State**

## APPLICATION FOR CERTIFICATE OF AUTHORITY

Pursuant to §55-15-03 of the General Statutes of North Carolina, the undersigned corporation hereby applies for a Certificate of Authority to transact business in the State of North Carolina, and for that purpose submits the following:

1. The name of the corporation is _____ Priority Automotive Huntersville, Inc. _____ ; and if the corporate name is unavailable for use in the State of North Carolina, the name the corporation wishes to use is:

   _____.

2. The state or country under whose laws the corporation was organized is: _____ Virginia _____.

3. The date of incorporation was  June 16, 2009 ; its period of duration is: _____ Perpetual _____.

4. Principal office information: (*Select either a or b.*)

   a.  ☑ The corporation has a principal office.

      The street address and county of the principal office of the corporation is:

      Number and Street _____ 1800 Greenbrier Parkway _____

      City, State, Zip Code _____ Chesapeake, Virginia 23320 _____ County _____ Chesapeake _____

      The mailing address, *if different from the street address*, of the principal office of the corporation is:

      _____

   b.  ☐ The corporation does not have a principal office.

5. The street address and county of the registered office in the State of North Carolina is:

   Number and Street _150 Fayetteville Street,  Box 1011_

   City, State, Zip Code _Raleigh, North Carolina 27601_ County _____ Wake _____

6. The mailing address, *if different from the street address*, of the registered office in the State of North Carolina is:

   _____

7. The name of the registered agent in the State of North Carolina is: _ C T Corporation System _

8. The names, titles, and usual business addresses of the current officers of the corporation are (attach if necessary):

| *Name* | *Title* | *Business Address* |
| --- | --- | --- |
| Dennis Ellmer | President | 12815 Statesville Road, Huntersville, NC 28078 |
| William Keith Dennis | Vice President | 12815 Statesville Road, Huntersville, NC 28078 |
| Stacy Cummings, Jr. | Vice Pres./Secr./Treasurer | 12815 Statesville Road, Huntersville, NC 28078 |

9. Attached is a Certificate of Existence (or document of similar import) duly authenticated by the Secretary of State or other official having custody of corporate records in the state or country of incorporation. ***The Certificate of Existence must be an original and less than six months old.***

CORPORATIONS DIVISION          P. O. BOX 29622          RALEIGH, NC 27626-0622
*(Revised January, 2002)*                                          *(Form B-09)*

APPLICATION FOR CERTIFICATE OF AUTHORITY
*Page 2*

10. If the corporation is required to use a fictitious name in order to transact business in this State, a copy of the resolution of its board of directors, certified by its secretary, adopting the fictitious name is attached.

11. This application will be effective upon filing, unless a delayed date and/or time is specified:

This is the _16_ day of _June_ , 20_09_

Priority Automotive Huntersville, Inc.
Name of Corporation

Signature

Dennis Ellmer, President
Type or Print Name and Title

NOTES:
1. Filing fee is $250. This document must be filed with the Secretary of State.

CORPORATIONS DIVISION
*(Revised January, 2002)*

P. O. BOX 29622

RALEIGH, NC 27626-0622
*(Form B-09)*

Case 3:21-cv-00072-RJC-DSC    Document 43-2    Filed 07/18/22    Page 2 of 3

# Commonwealth of Virginia



## State Corporation Commission

*I Certify the Following from the Records of the Commission:*

Priority Automotive Huntersville, Inc. is a corporation existing under and by virtue of the laws of Virginia, and is in good standing.

The date of incorporation is June 16, 2009.

Nothing more is hereby certified.



*Signed and Sealed at Richmond on this Date:*
*June 17, 2009*

*Joel H. Peck, Clerk of the Commission*

CIS0353