SOSID: 1103753
Date Filed: 4/9/2021 3:53:00 PM
Elaine F. Marshall
North Carolina Secretary of State
C2021 098 00993

State of North Carolina
**Department of the Secretary of State**

## APPLICATION FOR CERTIFICATE OF WITHDRAWAL

Pursuant to §55-15-20 or §55A-15-20 of the General Statutes of North Carolina, the undersigned corporation hereby applies to the Secretary of State for a Certificate of Withdrawal and for that purpose submits the following statement.

1. The name of the foreign corporation is: **Priority Automotive Huntersville, Inc.**

2. The corporation is organized under the laws of: **Virginia**

3. The corporation is not transacting business or conducting affairs in the State of North Carolina and surrenders its authority to transact business or conduct affairs in this State.

4. The corporation revokes the authority of its registered agent to accept service of process and consents that service of process in any action or proceeding based upon any cause of action arising in the State of North Carolina, or arising out of business transacted or affairs conducted in North Carolina, during the time the corporation was authorized to transact business or conduct affairs in North Carolina may hereafter be made on such corporation by service thereof on the Secretary of State.

5. The mailing address to which the Secretary of State may mail a copy of any process served on the Secretary of State pursuant to the paragraph above is:

   C/O **Rebecca S. Colaw**

   Address **160 West Washington Street**

   City, State, Zip Code **Suffolk, Virginia 23434**

6. The corporation hereby agrees to file a statement of any subsequent change in its mailing address with the Secretary of State.

7. This application will be effective upon filing, unless a date and/or time is specified: _____

This the **4** day of **April** , 20 **21**

Priority Automotive Huntersville, Inc.
_____
Name of Corporation

_____
Signature

**Stacy Cummings, CFO**
_____
Type or Print Name and Title

NOTES
1. Filing fee is $25. This application must be filed with the Secretary of State.

BUSINESS REGISTRATION DIVISION     P. O. BOX 29622     RALEIGH, NC 27626-0622
*(Revised July, 2017)*     *(Form BE-08)*