# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case No. 3:21-cv-00072-RJC-DSC

| | |
|---|---|
| **JAMES BECKLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PRIORITY AUTO GROUP, INC.,** | ) |
| **PRIORITY AUTOMOTIVE** | ) |
| **HUNTERSVILLE, INC.,** | ) |
| **DENNIS ELLMER and** | ) |
| **MATTHEW ELLMER** | ) |
| | ) |
| **Defendants.** | ) |

| | |
|---|---|
| **PRIORITY AUTOMOTIVE** | ) |
| **HUNTERSVILLE, INC.,** | ) |
| | ) |
| **Counterclaimant,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JAMES BECKLEY and TANISHA** | ) |
| **BECKLEY,** | ) |
| | ) |
| **Counterclaim Defendants** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Counterclaim Defendant James Beckley, Defendant Priority Auto Group, Inc., Defendant and Counterclaimant Priority Automotive Huntersville, Inc., Defendant Dennis Ellmer, Defendant Matthew Ellmer, and Counterclaim Defendant Tanisha Beckley hereby stipulate to the dismissal with prejudice of all claims and counterclaims raised in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear his, her or its own attorneys' fees, costs and expenses.

**PRIORITY AUTO GROUP, INC., PRIORITY
AUTOMOTIVE HUNTERSVILLE, INC.,
DENNIS ELLMER and MATTHEW ELLMER**

/s/   Joshua F. P. Long
Joshua F. P. Long (N.C. Bar No. 26497)
WOODS ROGERS VANDEVENTER BLACK PLC
Wells Fargo Tower, Suite 1800
10 S. Jefferson Street
Roanoke, Virginia  24011
Telephone: (540) 983-7725
Facsimile: (540) 983-7711
jlong@woodsrogers.com


**JAMES BECKLEY and TANISHA BECKLEY**

/s/    Eric Spengler
Eric Spengler (N.C. Bar No. 47165)
SPENGLER & AGANS, PLLC
352 N. Caswell Road
Charlotte, NC  28204
Telephone: (704)910-5469
Facsimile: (704)730-7861
eric@spengleraganslaw.com